IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware corporation, | : : : |
| Plaintiff, | : C.A. No. : |
| v. | : Jury Demand : |
| ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, and OVE ARUP & PARTNERS MASSACHUSETTS, INC., a Massachusetts corporation, | : : : : : : |
| Defendants. | : |

**DELAWARE ART MUSEUM, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff Delaware Art Museum, Inc. discloses pursuant to Fed. R. Civ. P. 7.1 that it has no corporate parent and no publicly held company has an ownership interest of 10% or more in it.

DATED: August 3, 2006

Respectfully,

Thomas J. Allingham II (#476)
Richard S. Horvath, Jr. (#4558)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
Attorneys for Plaintiff Delaware Art
 Museum, Inc.

Of Counsel:
B. Christopher Lee
Walter S. Zimolong III
Jacoby Donner, P.C.
1515 Market Street, Suite 2000
Philadelphia, Pennsylvania 19103
(215) 563-2400

Of Counsel (cont.):
Bruce D. Meller
Peckar & Abramson, P.C.
70 Grand Avenue
River Edge, New Jersey  07661
(201) 343-3434

Rodman Ward, Jr. (#652)
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
(302) 651-3000