AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 06 - 481

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ___2.___ COPIES OF AO FORM 85.

___8/4/06___
(Date forms issued)

___Ronald E Wittman___
(Signature of Party or their Representative)

___Ronald E. Wittman Jr.___
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action