# UNITED STATES DISTRICT COURT

District of DELAWARE

Delaware Art Museum, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Ann Beha Architects, Inc., f/k/a Ann Beha Associates, Inc., and Ove Arup & Partners Massachusetts, Inc.

CASE NUMBER: 06 - 481

TO: (Name and address of Defendant)

Ove Arup & Partners Massachusetts, Inc.
c/o James F. Bailey, Jr.
Bailey & Associates, P.A.
3 Mill Road, Suite 306A
Wilmington, DE 19806

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Allingham II
Richard S. Horvath, Jr.
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
(302) 651-3000

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

8/4/06

CLERK

DATE

E Strickler

(By) DEPUTY CLERK

2002 © American LegalNet, Inc.

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | August 4, 2006 |
| NAME OF SERVER (PRINT) Robert Smith | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☒ Other (specify): Ove Arup & Partners Massachusetts, Inc. c/o James F. Bailey, Jr. Bailey & Associates, P.A. 3 Mill Rd. Suite 306A Wilmington, DE 19806. Served on: Jenn Travers

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 4, 2006
Date        Signature of Server

230 N. Market St. Wilmington, DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.