UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE ART MUSEUM, <br> A Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> ANN BEHA ARCHITECTS INC., f/k/a <br> ANN BEHA ASSOCIATES, INC., a <br> Massachusetts corporation, and OVE ARUP & <br> PARTNERS MASSACHUSETTS, INC., <br> A Massachusetts corporation, <br><br> Defendants. | § § § § § § § § § § § § § § | C.A. No.: 06-481 <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of James F. Bailey, Jr., Esquire, Bailey & Associates, P.A. on behalf of Defendant Ove Arup & Partners Massachusetts, Inc. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the defendant. Defendant specifically reserves all rights to raise jurisdictional, or service, or Statute of Limitations defenses which may be available.

BAILEY & ASSOCIATES, P.A.

/s/ James F. Bailey, Jr.
JAMES F. BAILEY, JR.
Delaware Bar I.D. #336
Three Mill Road, Suite 306A
Wilmington, DE  19806
(302) 658-5686
*Attorney for Defendant*
*Ove Arup & Partners Massachusetts, Inc.*

Dated: August 8, 2006

## CERTIFICATE OF SERVICE

I, James F. Bailey, Jr., Esquire, do hereby certify that on this 8th day of August 2006 one copy of the foregoing ***NOTICE OF APPEARANCE*** was served on the on the following counsel of record in the manner in the manner indicated below:

*Via First Class Mail*
Thomas Allingham, Esquire
Richard S. Horvath, Esquire
Skadden Arps
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-636

BAILEY & ASSOCIATES, P.A.

/s/ James F. Bailey, Jr.
JAMES F. BAILEY, JR.
Delaware Bar I.D. #336
Three Mill Road, Suite 306A
Wilmington, DE 19806
(302) 658-5686
*Attorney for Defendant*
*Ove Arup & Partners Massachusetts, Inc.*