IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware Corporation, | : <br> : <br> :    C.A. No. 06-481 (GMS) <br> : <br> :    Jury Demand |
|     Plaintiff, | |
| v. | |
| ANN BEHA ARCHITECTS, INC, f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts Corporation, and OVE ARUP & PARTNERS MASSACHUSETTS, INC., a Massachusetts Corporation, | |
|     Defendants and <br>     Third-Party Plaintiff, | |
| v. | |
| SKANSKA USA BUILDING, INC., a Delaware Corporation, as Successor to Barclay White Skanska, Inc. | |
|     Third-Party Defendant. | |

## CERTIFICATE OF SERVICE

I, Paul Cottrell, Esquire, do hereby certify that a true and correct copy of the foregoing Defendant Ann Beha Architects, Inc.'s Answer, Counterclaim, Cross-claim, and Third-Party Complaint was served on this 11th day of September, 2006, as indicated, on the following:

| **By: Electronic Filing** | **By: U.S. Mail, First Class** |
|---|---|
| Thomas Allingham, II | Ove Arup & Partners Massachusetts, Inc. |
| Richard S. Horvath, Jr. | c/o CT Corporation System |
| One Rodney Square | 101 Federal Street |
| PO Box 636 | Boston, Massachusetts 02110 |
| Wilmington, Delaware 19899-0636 | |

                                            **TIGHE, COTTRELL & LOGAN, P.A.**
                                            /s/ Paul Cottrell
                              Paul Cottrell (DE ID No.: 2391)
                              One Customs House, Suite 500
                              P.O. Box 1031
                              Wilmington, DE  19899
                              (302) 658-6400
                              p.cottrell@lawtcl.com
                              Attorneys for Ann Beha Architects, Inc.