## UNITED STATES DISTRICT COURT
### District of Delaware

PLAINTIFF

Delaware Art Museum, Inc., a
Delaware Corporation

V. DEFENDANTS AND THIRD PARTY PLAINTIFF

Ann Beha Architects, Inc., f/k/a
Ann Beha Associates, Inc., a
Massachusetts Corporation, and Ove Arup
& Partners Massachusetts, Inc.,
a Massachusetts Corporation,

V. THIRD PARTY DEFENDANT

Skanska USA Building, Inc.,
as Successor to Barclay White Skanska, Inc., a
Delaware Corporation.

**THIRD PARTY SUMMON IN A CIVIL ACTION**

Case Number: 06-481(GMS)

To: Name and address of Third Party Defendant

Skanska USA Building, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Thomas Allingham II<br>Richard S. Horvath, Jr.<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636 | Paul Cottrell<br>First Federal Plaza, Suite 500<br>P.O. Box 1031<br>Wilmington, DE 19899-1031 |

an answer to the third-party complaint which is served on you with this summons, within 20 days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answer or not answering the plaintiff's complaint, unless (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**
CLERK

DATE 9/12/06

(By) DEPUTY CLERK

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 9/12/06 |
| NAME OF SERVER CAREY M SHEA | TITLE | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED SKANSKA USA BUILDING, INC by SERVING ITS REGISTERED AGENT, THE CORPORATION SERVICE CO, AT 2711 CENTERVILLE RD, WILM DE 19808 AT 12:50PM PERSON ACCEPTING SERVICE: MARY DRUMMOND

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/12/06
    *Date*

*Signature of Server*

230 N. MARKET ST, WILM DE 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.