IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware corporation, | : : : : |
| Plaintiff, | : C.A. No. 06-481 (GMS) : |
| v. | : Jury Demand : |
| ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, and OVE ARUP & PARTNERS MASSACHUSETTS, INC., a Massachusetts corporation, | : : : : : : |
| Defendants. | : |

**<u>PLAINTIFF'S ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANT ANN BEHA ARCHITECTS, INC.'S COUNTERCLAIM</u>**

Plaintiff Delaware Art Museum, Inc. (the "Museum"), by and through its counsel, responds to the counterclaims (the "Counterclaims") against it in the Answer, Cross-Claim, Counterclaim and Third Party Complaint of Defendant Ann Beha Architects, Inc. ("ABA") as follows:

243.    The Museum incorporates by reference its allegations in paragraphs 1 through 242 in the Museum's Complaint (D.I. 1).

244.    Denied.

245.    Denied.

246.    Denied.

247.    The Museum incorporates by reference its answers to paragraphs 243 through 246 above.

248.    Denied.

249. Denied. Moreover, certain of the allegations contained in paragraph 249 constitute legal conclusions as to which no response is required.

### DEFENSES OF THE MUSEUM TO ABA'S COUNTERCLAIMS

The Museum alleges the affirmative defenses below without assuming the burden of proof where the burden of proof rests with ABA. The Museum hereby gives notice that it intends to rely on such other and further defenses as may become available or apparent during pretrial or trial proceedings in this action and reserves its right to amend this Answer and assert all such defenses.

#### FIRST AFFIRMATIVE DEFENSE

The Counterclaims fail to state a claim upon which relief can be granted.

#### SECOND AFFIRMATIVE DEFENSE

The Counterclaims are barred, in whole or in part, by the doctrines of laches and estoppel.

#### THIRD AFFIRMATIVE DEFENSE

The Counterclaims are barred for lack of consideration.

#### FOURTH AFFIRMATIVE DEFENSE

ABA's purported harm, if any, was caused by its own negligence and intentional conduct which equaled or exceeded any alleged negligence or wrongdoing by the Museum. In the alternative, ABA's damages must be reduced in accordance with its own comparative negligence.

#### FIFTH AFFIRMATIVE DEFENSE

The Counterclaims are barred by the doctrine of unclean hands.

### SIXTH AFFIRMATIVE DEFENSE

The Counterclaims are barred by the doctrines of accord and satisfaction, release and waiver.

### SEVENTH AFFIRMATIVE DEFENSE

The Counterclaims are barred by the applicable statute of limitations or any applicable statute of repose.

### EIGHTH AFFIRMATIVE DEFENSE

The Counterclaims are barred by the doctrine of economic duress.

### NINTH AFFIRMATIVE DEFENSE

The Counterclaims are barred by ABA's own breach of the Agreement and failure of consideration.

## **REQUEST FOR RELIEF**

WHEREFORE, the Delaware Art Museum requests that the Court enter an order granting the following relief:

    A.    dismissing the Counterclaims with prejudice;

    B.    awarding the costs of defending against the Counterclaims, including reasonable attorney's fees, costs and disbursements; and

    C.    such other and further relief as the Court deems just and proper.

DATED: October 2, 2006

Respectfully,

*/s/ Thomas J. Allingham II*
Thomas J. Allingham II (#476)
Richard S. Horvath, Jr. (#4558)
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
(302) 651-3000
Attorneys for Plaintiff Delaware Art
   Museum, Inc.