# CERTIFICATE OF SERVICE

I, Richard S. Horvath, Jr., hereby certify that I caused two copies of the Plaintiff's Answer and Affirmative Defenses to Defendant Ann Beha Architects, Inc.'s Counterclaim to be served by hand this 2nd day of October 2006 upon the following counsel:

George H. Seitz, III
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899

Robert K. Beste, Jr.
Cohen Seglias Pallas Greenhall & Furman P.C.
Nemours Building, Suite 205
1007 Orange Street
Wilmington, DE 19801

/s/ Richard S. Horvath, Jr.
Richard S. Horvath, Jr. (#4558)