IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE ART MUSEUM, INC. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ANN BEHA ARCHITECTS, INC. )<br>et al. )<br>)<br>Defendants. ) | Civil Action No. 06-481 GMS |

### ORDER

WHEREAS, on August 4, 2006, the plaintiff filed a Complaint against the above-captioned defendants (D.I. 1);

WHEREAS, on August 8, 2006, a return of service executed as to defendant Ove Arup & Partners Massachusetts, Inc. ("OAPM") was filed with the court (D.I. 5);

WHEREAS, OAPM's answer to the Complaint was due on August 24, 2006, and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

1. The defendant Ove Arup & Partners Massachusetts, Inc. will answer or otherwise respond to the complaint within five (5) days of the date of this Order.

_____
UNITED STATES DISTRICT JUDGE

October \_\_19\_\_, 2006



FILED
OCT 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE