IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DELAWARE ART MUSEUM, INC. )
)
      Plaintiff )
)
   v. )     Civil Action No.  06-481 GMS
)
ANN BEHA ARCHITECTS, INC. )
et al. )
)
      Defendants. )

**ORDER**

WHEREAS, on September 11, 2006, a third-party complaint was filed against the defendant

Skanska USA Building, Inc. ("Skanska") (D.I. 7);

WHEREAS, on September 12, 2006, a return of service executed as to Skanska was filed

with the court (D.I. 9);

WHEREAS, Skanska's answer to the Complaint was due on October 2, 2006, and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the

defendant;

IT IS HEREBY ORDERED that:

1. Skanska USA Building, Inc. will answer or otherwise respond to the third-party complaint

within five (5) days of the date of this Order.

UNITED STATES DISTRICT JUDGE

October ___19___, 2006



**FILED**

OCT 1 9 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE