UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE ART MUSEUM,<br>A Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ANN BEHA ARCHITECTS INC., f/k/a<br>ANN BEHA ASSOCIATES, INC., a<br>Massachusetts corporation, and OVE ARUP &<br>PARTNERS MASSACHUSETTS, INC.,<br>A Massachusetts corporation,<br><br>　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. No.: 06-481<br><br>JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE**

**PLEASE ENTER THE APPEARANCE** of James F. Bailey, Jr., Esquire, Bailey & Associates, P.A. on behalf of Defendant Ove Arup & Partners Massachusetts, Inc.  The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the defendant.  Defendant specifically reserves all rights to raise jurisdictional, or service, or Statute of Limitations defenses which may be available.

　　　　　　　　　　　　　　　　　　　　BAILEY & ASSOCIATES, P.A.

　　　　　　　　　　　　　　　　　　　　/s/ James F. Bailey, Jr.
　　　　　　　　　　　　　　　　　　　　JAMES F. BAILEY, JR.
　　　　　　　　　　　　　　　　　　　　Delaware Bar I.D. #336
　　　　　　　　　　　　　　　　　　　　Three Mill Road, Suite 306A
　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19806
　　　　　　　　　　　　　　　　　　　　(302) 658-5686
　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　　　　　*Ove Arup & Partners Massachusetts, Inc.*

Dated: October 20, 2006

## CERTIFICATE OF SERVICE

I, James F. Bailey, Jr., Esquire, do hereby certify that on this 20th day of October 2006 one copy of the foregoing ***NOTICE OF APPEARANCE*** was served on the on the following counsel of record in the manner in the manner indicated below:

| *Via First Class Mail* | *Via First Class Mail* |
|---|---|
| Thomas Allingham, Esquire | Paul Cottrell, Esquire |
| Richard S. Horvath, Esquire | Tighe Cottrell & Logan |
| Skadden Arps | 704 N. King Street, Suite 500 |
| One Rodney Square | P.O. Box 1031 |
| P.O. Box 636 | Wilmington, DE  19899 |
| Wilmington, DE  19899-636 | |

BAILEY & ASSOCIATES, P.A.

/s/ James F. Bailey, Jr.
JAMES F. BAILEY, JR.
Delaware Bar I.D. #336
Three Mill Road, Suite 306A
Wilmington, DE  19806
(302) 658-5686
*Attorney for Defendant*
*Ove Arup & Partners Massachusetts, Inc.*