# BAILEY & ASSOCIATES, P.A.

ATTORNEYS AT LAW
THREE MILL ROAD, SUITE 306A
WILMINGTON, DELAWARE 19806
www.jfbailey.com

**JAMES F. BAILEY, JR.**　　　　　　　　　　　　　　　　　　　　　　　(302) 658-5686
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TELEFAX: (302) 658-8051
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　E-Mail: jbailey@jfbailey.com

October 20, 2006

*Via Electronic Filing*
The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington DE 19801

　　Re:　Delaware Art Museum v. Ove Arup, et al.
　　　　C.A. No.: 06-481
　　　　Our File No.: MC04-6408

Dear Judge Sleet:

　　I represent Ove Arup & Partners Massachusetts (Arup). Paul Cottrell, Esq., counsel for Ann Beha Architects, Inc. was kind enough to forward your Order dated October 19, 2006 (copy attached) to me last night.

　　The reason for not yet answering, pleading or otherwise responding is that Arup received from plaintiff's counsel a 30 day extension from the date the response was otherwise due.

　　I agreed to accept service of the Complaint rather than requiring plaintiff to serve the registered agent or use the long arm statute. Under the Rules, an additional 60 days is afforded to a party agreeing to accept such service. Hence, by our calculations, the response of Arup is due on or before November 4, 2006. These facts would not be readily apparent from a review of the docket.

　　I most respectfully ask that the deadline contained within your Order be extended until November 4, 2006.

　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　BAILEY & ASSOCIATES, P.A.

　　　　　　　　　　　　　　　　　　　　*James J. Bailey Jr.*
　　　　　　　　　　　　　　　　　　　　JAMES F. BAILEY, JR.

JFB/jlt
cc:　Thomas Allingham, Esq
　　Paul Cottrell, Esq.

\\Bailey-svr\DATA\JTravers\Delaware Art Museum\Pleadings\Ltr to Sleet 102006.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE ART MUSEUM, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-481 GMS |
| | ) | |
| ANN BEHA ARCHITECTS, INC. | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

WHEREAS, on August 4, 2006, the plaintiff filed a Complaint against the above-captioned defendants (D.I. 1);

WHEREAS, on August 8, 2006, a return of service executed as to defendant Ove Arup & Partners Massachusetts, Inc. ("OAPM") was filed with the court (D.I. 5);

WHEREAS, OAPM's answer to the Complaint was due on August 24, 2006, and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

1. The defendant Ove Arup & Partners Massachusetts, Inc. will answer or otherwise respond to the complaint within five (5) days of the date of this Order.

_____
UNITED STATES DISTRICT JUDGE

October 19, 2006

FILED
OCT 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE