**COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC**

Robert K. Beste, Jr.
Attorney At Law

Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19801
T: 302.425.5089 | F: 302.425.5097
rbeste@cohenseglias.com
www.cohenseglias.com

October 23, 2006

**By Electronic Filing and By Hand**
The Honorable Gregory M. Sleet
U. S. District Court for the District of Delaware
844 N. King Street – Lock Box 19
Wilmington, DE 19801

RE: **Delaware Art Museum, Inc. v. Ann Beha Architects, Inc., f/k/a Ann Beha Associates, Inc., and Ove Arup & Partners Massachusetts, Inc.; and, Ann Beha Architects, Inc., f/k/a Ann Beha Associates, Inc., Third-Party Plaintiff vs. Skanska USA Building, Inc., Third-Party Defendant - C. A. No. 1:06-cv-00481-GMS**

Dear Judge Sleet:

I enclose herein a copy of the Stipulation and Order to Extend Time to Answer, filed in the above matter. This Stipulation and Order would allow Third-Party Defendant, Skanska USA Building, Inc., an extension to October 30, 2006, within which to respond to the Third-Party Complaint. I can represent to Your Honor that counsel for both Delaware Art Museum, Inc. and Ove Arup & Partners Massachusetts, Inc. have also indicated to me that they have no opposition to this request and Stipulation.

Counsel are available to Your Honor, to discuss this matter, if you should wish to do so.

Respectfully submitted,

ROBERT K. BESTE, JR.

RKB/msj
Enclosure
cc:   Paul Cottrell, Esq. (w/ encl.) (by electronic filing)
      Bruce D. Meller, Esq. (w/ encl.) (by electronic filing)
      Richard S. Horvath, Jr., Esq. (w/ encl.) (by electronic filing)
      James F. Bailey, Jr., Esq. (w/ encl) (by electronic filing)

06747-0148