IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware corporation, | ) ) C. A. No. 1:06-cv-00481-GMS ) |
| Plaintiff, | ) ) ) |
| v. | ) Jury Demand ) |
| ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, and OVE ARUP & PARTNERS MASSACHUSETTS, INC., a Massachusetts corporation, | ) ) ) ) ) ) |
| Defendant. | ) ) ) |
| -and- | ) ) |
| ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, | ) ) ) ) |
| Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| SKANSKA USA BUILDING, INC., as Successor to Barclay White Skanska, Inc., a Delaware corporation, | ) ) ) ) |
| Third-Party Defendant | |

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, and subject to the approval of the Court, that the time within which Third Party-Defendant, Skanska USA Building, Inc., may respond to the Third-Party Complaint shall

be extended to October 30, 2006.

        **Tighe, Cottrell & Logan, P.A.**

        _/s/ Paul Cottrell/RKB_
        Paul Cottrell, Esq. (I. D. No. 2391)
        First Federal Plaza, Suite 500
        P. O. Box 1031
        Wilmington, DE 19899
        (302) 658-6400
        Attorneys for Third-Party Plaintiff, Ann Beha
        Architects, Inc., f/k/a Ann Beha Associates, Inc.

        **Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

        _/s/ Robert Beste_
        Robert K. Beste, Jr., Esq. (I. D. No. 154)
        1007 Orange St., Nemours Bldg., Suite 1130
        Wilmington, DE 19801
        Attorneys for Third-Party Defendant, Skanska
        USA Building, Inc.

SO ORDERED, this _____ day of _____, 2006.

                                                                                            J.

RKB/msj
06747-0148