**COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC**

Robert K. Beste, Jr.
Attorney At Law

Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19801

T: 302.425.5089 | F: 302.425.5097
rbeste@cohenseglias.com
www.cohenseglias.com

October 24, 2006

**By Electronic Filing on October 24, 2006, and
By Hand on October 25, 2006**
The Honorable Gregory M. Sleet
U. S. District Court for the District of Delaware
844 N. King Street – Lock Box 19
Wilmington, DE 19801

    RE:    **Delaware Art Museum, Inc. v. Ann Beha Architects, Inc., f/k/a
Ann Beha Associates, Inc., and Ove Arup & Partners Massachusetts,
Inc.; and, Ann Beha Architects, Inc., f/k/a Ann Beha Associates, Inc.,
Third-Party Plaintiff vs. Skanska USA Building, Inc., Third-Party
Defendant - C. A. No. 1:06-cv-00481-GMS**

Dear Judge Sleet:

    This firm represents Third-Party Defendant, Skanska USA Building, Inc., Successor-in-Interest with Barclay White Skanska, Inc. (hereinafter "Skanska USA").

    Yesterday, on behalf of Skanska USA, we filed a Stipulation and Order to Extend the time within which Skanska USA might respond to the Third-Party Complaint filed against it in this matter. At the time of the Stipulation, I was not aware of Your Honor's standard provision requiring stipulations to outline the reasons for the requested relief. By this letter, I would like to outline those reasons and again request the Court's indulgence in granting the brief, further extension, until Monday, October 30, 2006, within which Skanska USA may file its Answer to the Third-Party Complaint.

    Skanska USA was apparently served with the Third-Party Complaint on September 12, 2006, and the Answer would have normally been due on or about October 2, 2006. On or before that time, counsel for Third-Party Plaintiff, Ann Beha Architects, Inc., was gracious enough to initially provide an extension, and ultimately provided an extension until October 30, 2006, within which Skanska USA might file an Answer to the Third-Party Complaint. The Delaware Art Museum, Inc. (hereinafter "DAM") and Skanska USA have recently entered into a settlement agreement, resolving the claim between each other with respect to the underlying construction project that is the substance of this litigation. Counsel for Skanska USA was not aware of Your Honor's order of October 19, 2006, until October 23, 2006.

The Honorable Gregory M. Sleet
October 24, 2006
Page Two

      Before filing this Answer to the Third-Party Complaint, Skanska USA and DAM have been required to negotiate arrangements as to the best way to proceed with respect to the Third-Party Complaint, which was expeditious for all parties and the Court. The arrangements between Skanska USA and DAM could not be finalized within the time allotted, and we therefore request the Court's indulgence, to be given until October 30, 2006 within which to make those arrangements and to file an Answer to the Third-Party Complaint. These are difficult matters, and the Court can be assured that the parties are working diligently to resolve their difference and to move forward expeditiously.

                                      Respectfully submitted,

                                      ROBERT K. BESTE, JR.

RKB/msj
Enclosure
cc:    Paul Cottrell, Esq. (w/ encl.) (by electronic filing)
        Bruce D. Meller, Esq. (w/ encl.) (by first-class mail)
        James F. Bailey, Jr., Esq. (w/ encl) (by electronic filing)
        Thomas J. Allingham, II, Esq. (w/ encl.) (by electronic filing)
06747-0148