UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE ART MUSEUM, | § | |
| A Delaware corporation, | § | |
| | § | |
| Plaintiff, | § | C.A. No.: 06-481 |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| ANN BEHA ARCHITECTS INC., f/k/a | § | |
| ANN BEHA ASSOCIATES, INC., a | § | |
| Massachusetts corporation, and OVE ARUP & | § | |
| PARTNERS MASSACHUSETTS, INC., | § | |
| A Massachusetts corporation, | § | |
| | § | |
| Defendants. | § | |

## AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS

| | |
|---|---|
| STATE OF NEW YORK | § |
| SS. | § |
| COUNTY OF NASSAU | § |

**MICHAEL J. VARDARO**, being duly sworn, deposes and says:

1.      I am associated with the law firm of Zetlin & De Chiara LLP, attorneys for Ove Arup & Partners Massachusetts, Inc. ("ARUP") in the above captioned action.  I am fully familiar with the facts and circumstances set forth herein and submit this affidavit in support of ARUP's motion to dismiss Plaintiff's Complaint.

2.      Annexed hereto as Exhibit A is a true and accurate copy of the Complaint filed on or about August 4, 2006.

3.      Annexed hereto as Exhibit B is a true and accurate copy of the decision <u>Christiana Marine Service Corporation v. Texaco Fuel and Marine Marketing, Inc.</u>, 2002 WL 1335360 (June 13, 2002).

4.      Annexed hereto as Exhibit C is a true and accurate copy of the decision <u>Millsboro Fire Company v. Construction Management Service, Inc.</u>, 2006 WL 1867705 (June 7, 2006).

5.    For the reasons set forth in the accompanying Memorandum of Law, ARUP respectfully requests that this Court dismiss the Complaint against it.

Dated: Westbury, New York
      October 25, 2006

Michael J. Vardaro

Sworn to before me this
25th day of October, 2006

Notary Public

COLLEEN NYSTROM
Notary Public, State of New York
No. 30-5084799
Qualified in Nassau County
Commission Expires Sept. 8, 20 09