IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware corporation, | ) ) C. A. No. 1:06-cv-00481-GMS |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, and OVE ARUP & PARTNERS MASSACHUSETTS, INC., a Massachusetts corporation, | ) ) ) ) ) ) ) |
| Defendant. | ) ) |
| -and- | ) ) |
| ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, | ) ) ) ) |
| Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| SKANSKA USA BUILDING, INC., as Successor to Barclay White Skanska, Inc., a Delaware corporation, | ) ) ) ) ) |
| Third-Party Defendant. | ) |

**CERTIFICATE OF SERVICE**

    I, Robert K. Beste, Jr., hereby certify that on this 30th day of October, 2006, I caused a true and correct copy of Skanska USA Building, Inc.'s Answer to Third-Party Complaint to be served upon the below-listed counsel of record via electronic filing and by first-class mail on October 31, 2006:

Paul Cottrell, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P. O. Box 1031
Wilmington, DE 19899

James F. Bailey, Jr., Esq.
Bailey & Associates, P.A.
3 Mill Road, Suite 306-A
Wilmington, DE 19806

Thomas J. Allingham, II, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P. O. Box 636
Wilmington, DE 19899

**Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

_____
Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange St., Suite 1130, Nemours Building
Wilmington, Delaware 19801
Phone: (302)425-5089
Attorneys for Third-Party Defendant
Skanska USA Building, Inc.