UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE ART MUSEUM,<br>A Delaware corporation,<br><br>        Plaintiff,<br><br>v.<br><br>ANN BEHA ARCHITECTS INC., f/k/a<br>ANN BEHA ASSOCIATES, INC., a<br>Massachusetts corporation, and OVE ARUP &<br>PARTNERS MASSACHUSETTS, INC.,<br>A Massachusetts corporation,<br><br>        Defendants,<br><br>v.<br><br>ANN BEHA ARCHITECTS, INC. f/k/a ANN BEHA<br>ASSOCIATES, INC., a Massachusetts corporation,<br><br>        Third Party Defendant,<br><br>v.<br><br>SKANSKA USA BUILDING, INC., as Successor to<br>Barclay White Skanska, Inc., a Delaware Corporation,<br><br>        Third Party Defendant. | C.A. No.: 06-481<br><br>JURY TRIAL DEMANDED |

**ANSWER OF OVE ARUP & PARTNERS MASSACHUSETTS, INC. TO CROSS-CLAIM**

      Ove Arup & Partners Massachusetts, Inc. ("Arup") hereby responds to the cross-claim asserted by Ann Beha Associates as follows:

      Denied.

1

                                              BAILEY & ASSOCIATES, P.A.

                                              <u>/s/ James F. Bailey, Jr.</u>
                                              JAMES F. BAILEY, JR.
                                              Delaware Bar I.D. #336
                                              Three Mill Road, Suite 306A
                                              Wilmington, DE  19806
                                              (302) 658-5686
                                              *Attorney for Defendant*
                                              *Ove Arup & Partners Massachusetts, Inc.*

Michael J. Vardaro, Esquire
ZETLIN & DECHIARA LLP
900 Merchants Concourse
Westbury NY  11590
(516) 832-1000


Dated: October 31, 2006

**CERTIFICATE OF SERVICE**

I, James F. Bailey, Jr., Esquire, do hereby certify that on this 31st day of October, 2006 one copy of the foregoing ***ANSWER OF OVE ARUP & PARTNERS MASSACHUSETTS, INC. TO CROSS-CLAIM*** was served on the on the following counsel of record in the manner in the manner indicated below:

| | |
|---|---|
| ***Via Electronic Filing*** | ***Via Electronic Filing*** |
| Thomas Allingham, Esquire | Paul Cottrell, Esquire |
| Richard S. Horvath, Esquire | Tighe Cottrell & Logan |
| Skadden Arps | 704 N. King Street, Suite 500 |
| One Rodney Square | P.O. Box 1031 |
| P.O. Box 636 | Wilmington, DE  19899-1031 |
| Wilmington, DE  19899-636 | |

***Via Electronic Filing***
Robert K. Beste, Jr., Esquire
Cohen Seglias Pallas Greenhall & Furman, P.C.
1007 Orange Street, Suite 205
Wilmington, DE  19801

                                        BAILEY & ASSOCIATES, P.A.

                                        /s/ James F. Bailey, Jr.
                                        JAMES F. BAILEY, JR.
                                        Delaware Bar I.D. #336
                                        Three Mill Road, Suite 306A
                                        Wilmington, DE  19806
                                        (302) 658-5686
                                        *Attorney for Defendant*
                                        *Ove Arup & Partners Massachusetts, Inc.*

Michael J. Vardaro, Esquire
ZETLIN & DECHIARA LLP
900 Merchants Concourse
Westbury NY  11590
(516) 832-1000