IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware corporation, | ) ) C. A. No. 1:06-cv-00481-GMS ) |
| Plaintiff, v. | ) ) ) Jury Demand ) |
| ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, and OVE ARUP & PARTNERS MASSACHUSETTS, INC., a Massachusetts corporation, | ) ) ) ) ) ) |
| Defendant. | ) ) |
| -and- | ) ) |
| ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, | ) ) ) ) |
| Third-Party Plaintiff, v. | ) ) ) |
| SKANSKA USA BUILDING, INC., as Successor to Barclay White Skanska, Inc., a Delaware corporation, | ) ) ) ) |
| Third-Party Defendant. | ) ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5, and the attached certifications, the undersigned moves the admission *pro hac vice* of Bruce D. Meller, Esquire, Peckar & Abramson, P.C., 70 Grand Avenue, River Edge, New Jersey 07661.

**Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

_____
Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange Street, Nemours Bldg., Suite 1130
Wilmington, Delaware 19801
(302) 425-5089
Attorneys for Third-Party Defendant

Date: Nov. 2, 2006

## CERTIFICATION OF COUSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing, as a member of the Bar of the State of New York, and the Bar of the State of New Jersey; and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

_____
Bruce D. Meller, Esq. (8595)
Peckar & Abramson, P.C.
70 Grand Avenue
River Edge, NJ  07661
(201) 343-3434

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE ART MUSEUM, INC.,<br>a Delaware corporation,<br><br>    Plaintiff,<br>v.<br><br>ANN BEHA ARCHITECTS, INC., f/k/a ANN<br>BEHA ASSOCIATES, INC., a Massachusetts<br>corporation, and OVE ARUP & PARTNERS<br>MASSACHUSETTS, INC., a Massachusetts<br>corporation,<br><br>    Defendant.<br>-and-<br><br>ANN BEHA ARCHITECTS, INC., f/k/a ANN<br>BEHA ASSOCIATES, INC., a Massachusetts<br>corporation,<br><br>    Third-Party Plaintiff,<br>v.<br><br>SKANSKA USA BUILDING, INC., as<br>Successor to Barclay White Skanska, Inc., a<br>Delaware corporation,<br><br>    Third-Party Defendant. | )<br>) C. A. No. 1:06-cv-00481-GMS<br>)<br>)<br>)<br>) Jury Demand<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This _____ day of _____, 200___, the Court having considered the motion for admission *pro hac vice* of Bruce D. Meller, Esquire in the above action; now, therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

 

_____
**United States District Judge**

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE  :
                   :  SS
COUNTY OF NEW CASTLE :

On this 2nd day of November, 2006, I, Robert K. Beste, Jr., Esquire, personally caused the be served a copy of the Motion for Admission *Pro Hac Vice* of Bruce D. Meller, Esquire, upon counsel at the addresses and in the manner indicated.

**VIA ELECTRONIC FILING**

Paul Cottrell, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P. O. Box 1031
Wilmington, DE 19899

James F. Bailey, Jr., Esq.
Bailey & Associates, P.A.
3 Mill Road, Suite 306-A
Wilmington, DE 19806

Richard S. Horvath, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P. O. Box 636
Wilmington, DE 19899

Thomas J. Allingham, II, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P. O. Box 636
Wilmington, DE 19899

Robert K. Beste, Jr., Esq. (I. D. No. 154)
Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
1007 Orange St., Suite 1130
Wilmington, DE 19801
(302) 425-5089

RKB/msj                                                                 06747-0148