IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware corporation, | : :  : |
| Plaintiff, | : :  C.A. No. 06-481 (GMS) |
| v. | : :  Jury Demand |
| ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, and OVE ARUP & PARTNERS MASSACHUSETTS, INC., a Massachusetts corporation, | : : : : : : |
| Defendants, | : |
| -and- | : |
| ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, | : : : |
| Third-Party Plaintiff, | : |
| v. | : |
| SKANSKA USA BUILDING, INC., as Successor to Barclay White Skanska, Inc., a Delaware corporation, | : : : |
| Third-Party Defendant, | : |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND**

Plaintiff, Delaware Art Museum, Inc., and Defendant, Ove Arup & Partners Massachusetts, Inc., submit this Stipulation and Order to the Court for its approval pursuant to Rule 6(b) of the Federal Rules of Civil Procedure. Because the Museum's attorneys are involved in expedited expert discovery in a different Delaware litigation, the Museum and Arup agreed to

extend the deadline for the Museum to file its response to the Motion of Defendant Ove Arup & Partners Massachusetts, Inc. to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b) (D.I. 18) from November 7, 2006 until November 10, 2006. Arup will then have until November 17, 2006 to file its reply brief.

/s/ Thomas J. Allingham II
_____
Thomas J. Allingham II (#476)
tallingh@probonolaw.com
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
Attorney for Plaintiff Delaware Art
   Museum, Inc.

/s/ James F. Bailey, Jr.
_____
James F. Bailey, Jr. (#336)
Three Mill Road, Suite 306A
Wilmington, Delaware 19806
(302) 658-5686
Attorney for Defendant Ove Arup &
   Partners Massachusetts, Inc.

SO ORDERED, this _____ day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE