UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE ART MUSEUM,<br>A Delaware corporation, | § § § | |
| Plaintiff, | § § | C.A. No.: 06-481 |
| v. | § § | JURY TRIAL DEMANDED |
| ANN BEHA ARCHITECTS INC., f/k/a<br>ANN BEHA ASSOCIATES, INC., a<br>Massachusetts corporation, and OVE ARUP &<br>PARTNERS MASSACHUSETTS, INC.,<br>A Massachusetts corporation, | § § § § § § | |
| Defendants, | § § | |
| v. | § § | |
| ANN BEHA ARCHITECTS, INC. f/k/a ANN BEHA<br>ASSOCIATES, INC., a Massachusetts corporation, | § § § | |
| Third Party Defendant, | § § | |
| v. | § § | |
| SKANSKA USA BUILDING, INC., as Successor to<br>Barclay White Skanska, Inc., a Delaware Corporation, | § § § § | |
| Third Party Defendant. | § § | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Michael K. De Chiara, Esquire to represent Ove Arup & Partners Massachusetts, Inc. in this action.

                              LAW OFFICES OF JAMES F. BAILEY

                              /s/ James F. Bailey, Jr.
                              JAMES F. BAILEY, JR.
                              Delaware Bar I.D. #336
                              Three Mill Road, Suite 306A
                              Wilmington, DE  19806
                              (302) 658-5686
                              *Attorney for Defendant*
                              *Ove Arup & Partners Massachusetts, Inc.*

Michael J. Vardaro, Esquire
Michael De Chiara, Esquire
ZETLIN & DECHIARA LLP
900 Merchants Concourse
Westbury NY  11590
(516) 832-1000


Dated: November 13, 2006

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE ART MUSEUM,<br>A Delaware corporation, | § § § | |
| Plaintiff, | § § | C.A. No.: 06-481 |
| v. | § § | JURY TRIAL DEMANDED |
| ANN BEHA ARCHITECTS INC., f/k/a<br>ANN BEHA ASSOCIATES, INC., a<br>Massachusetts corporation, and OVE ARUP &<br>PARTNERS MASSACHUSETTS, INC.,<br>A Massachusetts corporation, | § § § § § § | |
| Defendants, | § § | |
| v. | § § | |
| ANN BEHA ARCHITECTS, INC. f/k/a ANN BEHA<br>ASSOCIATES, INC., a Massachusetts corporation, | § § § | |
| Third Party Defendant, | § § | |
| v. | § § | |
| SKANSKA USA BUILDING, INC., as Successor to<br>Barclay White Skanska, Inc., a Delaware Corporation, | § § § § | |
| Third Party Defendant. | § § | |

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED that counsels' Motion for *Pro Hac Vice* is GRANTED.

Dated: _____, 2006

                                                        United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

I, James F. Bailey, Jr., Esquire, do hereby certify that on this 13th day of November, 2006 one copy of the foregoing **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** was served on the on the following counsel of record in the manner in the manner indicated below:

*Via Electronic Filing*
Thomas Allingham, Esquire
Richard S. Horvath, Esquire
Skadden Arps
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-636

*Via Electronic Filing*
Paul Cottrell, Esquire
Tighe Cottrell & Logan
704 N. King Street, Suite 500
P.O. Box 1031
Wilmington, DE  19899-1031

*Via Electronic Filing*
Robert K. Beste, Jr., Esquire
Cohen Seglias Pallas Greenhall & Furman, P.C.
1007 Orange Street, Suite 205
Wilmington, DE  Wilmington, DE  19801

LAW OFFICES OF JAMES F. BAILEY

/s/ James F. Bailey, Jr.
JAMES F. BAILEY, JR.
Delaware Bar I.D. #336
Three Mill Road, Suite 306A
Wilmington, DE  19806
(302) 658-5686
*Attorney for Defendant*
*Ove Arup & Partners Massachusetts, Inc.*

Michael J. Vardaro, Esquire
Michael De Chiara, Esquire
ZETLIN & DECHIARA LLP
900 Merchants Concourse
Westbury NY  11590
(516) 832-1000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware corporation, | : |
| Plaintiff, | : Civil Action No. 06-481 |
| v. | : |
| ANNA BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, and OVE ARUP & PARTNERS MASSACHUSETTS, INC., a Massachusetts corporation, | : |
| Defendants. | : |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York State and the Federal District Court for the Southern District of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Zetlin & De Chiara LLP

Michael K. De Chiara
801 Second Avenue
New York, New York 10017
(212) 682-6800
*Attorneys for Defendant*
*Ove Arup & Partners Massachusetts, Inc.*

Date:   October 17, 2006