IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware Corporation, | : |
| Plaintiff, | : C.A. No. 06-481 (GMS) |
| v. | : Jury Demand |
| ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts Corporation, and OVE ARUP & PARTNERS MASSACHUSETTS INC., a Massachusetts Corporation, | : |
| Defendants. | : |
| v. | : |
| SKANSKA USA BUILDING INC., a Delaware Corporation, as Successor to Barclay White Skanska, Inc., | : |
| Third-Party Defendant | : |

## INITIAL DISCLOSURES PURSUANT TO RULE 26(a)

Third-Party Defendant, Skanska USA Building Inc., successor-in-interest by merger to Barclay White Skanska, Inc. ("Skanska"), by its attorneys, Cohen Seglias Pallas Greenhall and Furman, P.C., and Bruce D. Meller, Pro Hac Vice, for its Initial Disclosures Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure in the above referenced action, states:

1. **Identity of persons with pertinent information respecting claims, defenses, and damages:**

    A. <u>Present and/or Former Employees of Skanska</u>
       Edwin Jorden
       Lyle Frederick

      Richard Krause
      Thomas Verderame
      Michael Armente

  B.  Delaware Art Museum ("DAM") Personnel

      Steve Bruni
      Steve Walker
      Mark Fortunato
      Brock Vinton
      Rich Angnillo
      Harry Moser
      Steve Pick
      Clifford Tanzler

  C.  Ann Beha Architects ("ABA")

      Ann Beha

  D.  Subcontractors Performing Work for Skanska.

**2. A general description of all documents in the custody and control of plaintiff bearing significantly on claims or defenses:**

  a) Correspondence between Skanska and DAM
  b) Correspondence between Skanska and ABA
  c) Correspondence between Skanska and subcontractors
  d) Construction Management Agreement
  e) Subcontracts
  f) Accounting Records
  g) Change Orders and/or Requests from Skanska to DAM and subcontractors to Skanska
  h) Plans, Specifications and other documents describing the work
  i) Requisitions for payment to Skanska from subcontractors
  j) Requisitions for payment from Skanska to DAM

**3. Damages**

Not applicable to third-party defendant.

**4. Identity of all potential experts and the basis for their opinions:**

None identified at this time. Skanska reserves the right to amend this disclosure and present the name of an expert or experts who will testify at trial.

**5.    Insurance Agreements**

Not Applicable.

The foregoing statements are made in compliance with the Federal Rules of Civil Procedure, and should not be construed to constitute a waiver of any claims to attorney-client privilege or attorney work product or any other privilege under the law. The foregoing witnesses and documents are not to be considered conclusive. Skanska reserves the right to supplement and amend the list of witnesses and documents as this matter continues through investigation and discovery.

                                                **COHEN, SEGLIAS, PALLAS**
                                                **GREENHALL & FURMAN, P.C.**

                                                _/s/ Robert K. Beste_
                                                Robert K. Beste, Jr., Esq. (I.D. No. 154)
                                                1007 Orange St., Ste. 1130, Nemours Bldg.
                                                Wilmington, DE  19801
                                                (302) 425-5089
                                                Attorneys for Skanska USA Building, Inc.

Dated:  March 2, 2007

## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., hereby certify that on this 5th day of March, 2007, I caused a true and correct copy of "Third-Party Defendant, Skanska USA Building, Inc.'s Initial Disclosures Pursuant to Rule 26(a)" to be served upon the below-listed counsel of record via electronic filing.

Paul Cottrell, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P. O. Box 1031
Wilmington, DE  19899

James F. Bailey, Jr., Esq.
Bailey & Associates, P.A.
3 Mill Road, Suite 306-A
Wilmington, DE  19806

Richard S. Horvath, Jr., Esq.
Thomas J. Allingham, II, Esq.
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P. O. Box 636
Wilmington, DE 19899

**Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

_____
Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange St., Suite 1130, Nemours Building
Wilmington, Delaware 19801
Phone: (302) 425-5089
Attorneys for Third-Party Defendant
Skanska USA Building, Inc.

RKB/msj
06747-0148
Doc. No. 58