IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE ART MUSEUM, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 06-481 |
| | ) | (GMS) |
| v | ) | |
| | ) | |
| ANN BEHA ARCHITECTS, INC., | ) | |
| et al., | ) | |
| Defendants | ) | |

**DEFENDANT ANN BEHA ARCHITECTS, INC.
INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. RULE 26**

Defendant Ann Beha Architects, Inc. (hereinafter "ABA"), through its undersigned counsel, makes the following Initial Disclosures pursuant to Fed. R. Civ. P. 26

**A.     Individuals likely to have discoverable information that Defendant may use to support its claims.**

1.    Ann Beha, FAIA
      Ann Beha Architects
      33 Kingston Street
      Boston, MA 02111

      Ms. Beha possesses general information related to ABA's role as the architect on the Delaware Art Museum addition and renovation project ("Project").

2.    Peter Sugar, AIA
      c/o Tighe & Cottrell, P.A
      704 King Street, Suite 500
      PO Box 1031
      Wilmington, DE 19899

      Mr. Sugar possesses general information related to ABA's role as the architect on the Project.

3.  Peter Zmuidzinas
    c/o Tighe & Cottrell, P.A
    704 King Street, Suite 500
    PO Box 1031
    Wilmington, DE 19899

    Mr. Zmuidzinas possesses knowledge regarding the daily activities of ABA during the design phase and on the Project site

**Delaware Art Museum**

4   Stephen Bruni
    c/o Delaware Art Museum
    2301 Kentmere Parkway
    Wilmington, DE 19806

    Former Director of the Delaware Art Museum ("DAM")

5.  Danielle Rice
    c/o Delaware Art Museum
    2301 Kentmere Parkway
    Wilmington, DE 19806

    Current Executive Director of DAM.

6.  Melissa Mulrooney, Interim Executive Director DAM
    c/o Delaware Art Museum
    2301 Kentmere Parkway
    Wilmington, DE 19806

    Ms. Mulrooney was executive director from March 31, 2005 until the end of June 1, 2005, and may possess knowledge of the construction phase of the Project.

7.  Steve Walker
    c/o Delaware Art Museum
    2301 Kentmere Parkway
    Wilmington, DE 19806

    DAM representative prior to and during the construction phase of the Project

2

8. Jim Hanley, Assistant Director DAM
c/o Delaware Art Museum
2301 Kentmere Parkway
Wilmington, DE 19806

   DAM representative during design phase and prior to construction phase of the Project.

9. DAM Board of Trustees
c/o Delaware Art Museum
2301 Kentmere Parkway
Wilmington, DE 19806

   Including, but not limited to the following present or past members:

   Susan Stalnecker
   Lynn Sharp
   Jan Jessup
   Richard V. Pryor
   John Osborne
   Larry Gehrke
   Berta Kerr
   Carl Schnee

   All Board Members may possess knowledge of the Board's involvement in the financing, planning, designing, construction and completion of the Project.

10. Dr. Mark Fortunato
c/o Delaware Art Museum
2301 Kentmere Parkway
Wilmington, DE 19806

    Chair of the DAM Building Committee.

11. Joyce K. Schiller, Curator DAM
c/o Delaware Art Museum
2301 Kentmere Parkway
Wilmington, DE 19806

12. Allison Evans, Registrar DAM
c/o Delaware Art Museum
2301 Kentmere Parkway
Wilmington, DE 19806

13. Bruce Cantor, Director of Operations DAM
    c/o Delaware Art Museum
    2301 Kentmere Parkway
    Wilmington, DE 19806

14. Stacey Hartnett, Finance Manager DAM
    c/o Delaware Art Museum
    2301 Kentmere Parkway
    Wilmington, DE 19806

15. Brock Vinton, DAM Trustee
    c/o Delaware Art Museum
    2301 Kentmere Parkway
    Wilmington, DE 19806

    Mr. Vinton may possess knowledge of the construction phase of the Project, more specifically the final stages.

16. Rich Angiullo, DAM
    c/o Delaware Art Museum
    2301 Kentmere Parkway
    Wilmington, DE 19806

    Mr. Angiullo may possess knowledge of the construction phase of the Project, more specifically the final stages.

17. Clifford Tanzler
    Construction Technology Corp.
    116 Fairfield Road
    Fairfield, NJ 07004

    Mr. Tanzler may possess knowledge of Construction Technology Corp.'s role as consultant to Allied Irish Bank.

18. Steven Pick
    Construction Technology Corp.
    116 Fairfield Road
    Fairfield, NJ 07004

    Mr. Pick may possess knowledge of Construction Technology Corp's role as consultant to Allied Irish Bank.

4

**SKANSKA:**

19. Lyle Frederick, Project Executive for Skanska
    c/o Skanska USA Building Inc.
    1633 Littleton Road
    Parsippany, NJ 07054

    > Mr. Frederick may possess knowledge of Skanska's role in the design, preconstruction and construction phases of the Project, as well as the role of subcontractors on the Project.

20. Mr. Michael Armento, Skanska
    c/o Skanska USA Building Inc.
    1633 Littleton Road
    Parsippany, NJ 07054

    > Mr. Armento may possess knowledge of Skanska's role in the design, preconstruction and construction phases of the Project, as well as the role of other contractors on the Project.

21. Rick Krause, On-site Project Manager Skanska
    c/o Skanska USA Building Inc.
    1633 Littleton Road
    Parsippany, NJ 07054

    > Mr. Krause may possess knowledge of Skanska's role in the preconstruction and construction phases of the Project, as well as the role of other contractors on the Project.

22. Tim Reinking
    c/o Skanska USA Building Inc.
    1633 Littleton Road
    Parsippany, NJ 07054

    > Project Engineer for Skanska until approx. 2004

23. John Bickhardt
    c/o Skanska USA Building Inc
    1633 Littleton Road
    Parsippany, NJ 07054

    > Field Superintendent for Skanska until approx. 2004

24    David Vandergrift, Project Estimator Skanska
c/o Skanska USA Building Inc.
1633 Littleton Road
Parsippany, NJ 07054

    Mr. Vandergrift may possess information regarding Skanska's role as estimator for the Project.

25    Jim Connell, replaced Vandergrift in April 2002
c/o Skanska USA Building Inc.
1633 Littleton Road
Parsippany, NJ 07054

    Mr. Connell may possess information regarding Skanska's role as estimator for the Project.

26.    Philip Colonna, Mechanical Estimator
c/o Skanska USA Building Inc.
1633 Littleton Road
Parsippany, NJ 07054

    Mr. Colonna may possess information regarding Skanska's role as mechanical estimator for the Project.

27    John Jarvis, Mechanical Estimator Skanska
c/o Skanska USA Building Inc.
1633 Littleton Road
Parsippany, NJ 07054

    Mr. Jarvis may possess information regarding Skanska's role as mechanical estimator for the Project

28.    Edmond G. Tryon, Electrical Estimator Skanska
c/o Skanska USA Building Inc.
1633 Littleton Road
Parsippany, NJ 07054

    Mr. Tryon may possess information regarding Skanska's role as mechanical estimator for the Project.

**ARUP:**

    29    Caroline Fitzgerald, Principal Arup
           Ove Arup & Partners Massachusetts, Inc.
           955 Massachusetts Avenue
           Cambridge, MA 02139

                Ms. Fitzgerald was the principal in charge for Ove Arup & Partners Massachusetts, Inc. ("Arup") on this project, and may possess knowledge of Arup's role during the design, preconstruction and construction phase of the Project

    30.   Mark Walsh Cooke, Associate Principal Arup
           Ove Arup & Partners Massachusetts, Inc.
           955 Massachusetts Avenue
           Cambridge, MA 02139

                Mr. Walsh Cooke replaced Ms. Fitzgerald and may possess knowledge of Arup's role during the design, preconstruction and construction phase of the Project, as well as possess information regarding Arup's role as the HVAC engineer on the Project.

    31.   Kris Francois
           c/o Ove Arup & Partners Massachusetts, Inc.
           955 Massachusetts Avenue
           Cambridge, MA 02139

                Ms. Francois may possess information regarding Arup's role as the structural engineer on the Project.

    32    Michael Stych
           c/o Ove Arup & Partners Massachusetts, Inc.
           955 Massachusetts Avenue
           Cambridge, MA 02139

                Mr. Stych may possess information regarding Arup's role as the HVAC engineer on the Project.

    33.   Jack Aroush
           c/o Ove Arup & Partners Massachusetts, Inc.
           955 Massachusetts Avenue
           Cambridge, MA 02139

                Mr. Aroush may possess information regarding Arup's role as the electrical engineer on the Project.

34. James Nadeau
    Ove Arup & Partners Massachusetts, Inc.
    955 Massachusetts Avenue
    Cambridge, MA 02139

    Mr. Nadeau may possess information regarding Arup's role as the plumbing/fire protection engineer on the Project.

35. Amie Nulman (Smith)
    Ove Arup & Partners Massachusetts, Inc.
    955 Massachusetts Avenue
    Cambridge, MA 02139

    Ms. Nulman may possess information regarding Arup's role as the structural engineer on the Project.

36. Andy Hall
    Ove Arup & Partners Massachusetts, Inc.
    955 Massachusetts Avenue
    Cambridge, MA 02139

    Mr. Hall may possess information regarding Arup's role as the structural engineer on the Project.

37. Ed Dalton
    Ove Arup & Partners Massachusetts, Inc.
    955 Massachusetts Avenue
    Cambridge, MA 02139

    Mr. Dalton may possess information regarding Arup's role as the mechanical engineer on the Project.

**B.  Documents, data, compilations and tangible things in the possession, custody or control of Defendant that Plaintiff may use to support its claims.**

ABA is in possession of Drawings, Specifications, Material Data and Addendums for the project; Project Correspondence files for all trade contracts including applications for payment and contractor correspondence; consultant and owner correspondence; Meeting Minutes and Construction Manager monthly reports; RFI files; ABA Invoices and contract information; Samples.

8

The originals and/or copies of most of the documents listed above are located at ABA's office located 33 Kingston Street, Boston, MA 02111.

### C. A computation of damages claimed.

ABA has incurred costs as a result of multiple drawing issuances necessitated by lack of timely information from DAM. Following is the cost of additional work imposed upon ABA and the design team.

| | |
|---|---|
| Permit Set - Multiple Issuances | $ 4,000.00 |
| Partial Set Releases | |
|     Addendum 6 - Arch Coord./Str Drwgs | $20,000.00 |
|     Addendum 7 - GMP Drawing Review | $10,400.00 |
|     Addendum 11 - Part 2 | $ 5,200.00 |
|     Addendum 12 - Electrical Drawings | $ 4,000.00 |
|     Addendum 13 - Curtain wall | $38,000.00 |
|     Addendum 18 - Fire Protection Drawings | $ 4,000.00 |
|     Addendum 28 - Door Hardware | $15,200.00 |
|     Addendum 29 - Casework | $ 4,270.00 |
| 100% Construction Document Set - Addendum 24 | $35,900.00 |
| Conformed Document Set - Addendum 35 | $44,400.00 |
| **Grand Total** | **$185,410.00** |

ABA is also due an additional $30,000.00 for CA phase work completed in June, July and August for which it has not been paid. The above figure further may not include any interest or late payment penalties that ABA may be entitled to under the contract or the law.

Answering Defendant reserves the right to supplement this response at such time as documents come to its attention as a result of further investigation discovery, or otherwise. The originals and/or copies of most of the documents listed above are located at ABA's office located 33 Kingston Street, Boston, MA 02111. Answering Defendant

additionally reserves the right to rely upon documents identified by the initial disclosures of other parties to this action.

**D.     The existence of any insurance agreements under which any person or entity carrying on an insurance business may be liable to satisfy part or all of the judgment that may be entered in this case.**

>   Zurich North America, Inc.
>   550 West Washington Blvd, Suite 1300
>   Chicago, IL 60661
>   Claim #: 9410123260
>   Policy #: EOC 8237820-03

>   **TIGHE & COTTRELL, P.A.**
>
>   /s/  Paul Cottrell
>   Paul Cottrell, Esquire (DE #2391)
>   Patrick McGrory, Esq. (DE #4943)
>   One Customs House, Suite 500
>   P.O. Box 1031
>   Wilmington, Delaware 19899
>   (302) 658-6400
>   p.cottrell@tighecottrell.com

Dated:   March 5, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE ART MUSEUM, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 06-481 (GMS) |
| v. | ) | |
| | ) | |
| ANN BEHA ARCHITECTS, INC., | ) | |
| et al., | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, Paul Cottrell, Esquire, do hereby certify that a true and correct copy of the foregoing Defendant Ann Beha Architects, Inc.'s Initial Disclosures was served on this 5th day of March, by electronic mail, on the following:

Thomas Allingham, II
Richard S. Horvath, Jr.
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636

James F. Bailey, Jr., Esq.
Michael J. Vardaro, Esq.
Zetlin & DeChiara LLP
900 Merchants Concourse
Westbury, NY 11590

Robert K. Beste, Jr.
Cohen Seglias Pallas Greenhall and Furman, P.C.
Suite 1130, Nemours Building
1007 Orange Street
Wilmington, Delaware 19801

**TIGHE & COTTRELL, P.A.**
    /s/ Paul Cottrell
Paul Cottrell (DE ID No.: 2391)
One Customs House, Suite 500
P.O. Box 1031
Wilmington, DE 19899
(302) 658-6400
p.cottrell@tighecottrell.com
Attorneys for Ann Beha Architects, Inc.