UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE ART MUSEUM,<br>A Delaware corporation, | §<br>§<br>§ | |
| Plaintiff, | §<br>§ | C.A. No.: 06-481 |
| v. | §<br>§ | JURY TRIAL DEMANDED |
| ANN BEHA ARCHITECTS INC., f/k/a<br>ANN BEHA ASSOCIATES, INC., a<br>Massachusetts corporation, and OVE ARUP &<br>PARTNERS MASSACHUSETTS, INC.,<br>A Massachusetts corporation, | §<br>§<br>§<br>§<br>§ | |
| Defendants, | §<br>§ | |
| v. | §<br>§ | |
| SKANSKA USA BUILDING, INC., a<br>Delaware Corporation, as Successor to<br>Barclay White Skanska, Inc., | §<br>§<br>§ | |
| Third Party Defendant. | §<br>§ | |

## INITIAL DISCLOSURES OF
## OVE ARUP & PARTNERS MASSACHUSETTS, INC.

Ove Arup & Partners Massachusetts, Inc. (hereinafter: "Arup") by and through its undersigned attorneys, hereby submits the following initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Arup does not waive and expressly reserves its right to object to any discovery requests or deposition testimony including, but not limited to, objections based on (a) relevance, (b) any applicable privilege, including, without limitation, the attorney-client privilege and the work product doctrine, (c) privacy, (d) undue burden and (e) over breadth. Arup also reserves the right to object to the admissibility into evidence of these disclosures or of the subject matter thereof. All of the disclosures set forth below are made subject to the above objections and qualifications.

Arup's factual investigation of the case is ongoing and therefore reserves the right to supplement, amend, modify or alter its initial disclosures as new information becomes available. These disclosures shall not be deemed an admission as to any fact in dispute or a waiver of any

rights or defenses that Arup has or may assert with respect to any claims. These disclosures are based on information reasonably available to Arup as of this date.

1.    The name, last known address and telephone number of each person reasonably likely to have discoverable information that Plaintiff may use to support its claims or defenses (unless solely for impeachment), identifying the subjects of the information. Fed. R. Civ. P. 26(a)(1)(A).

Response:    Based upon information known to date, the following individuals are likely to have discoverable information that Arup may use to support its claims or defenses:

Stephen T. Bruni
Executive Director (Former)
Delaware Art Museum
Box 832
Mendenhall, PA 19357
(610) 388-1769

Carolyn S. Burger
Board of Trustees
Delaware Art Museum
354 E. Hillendale Rd.
Kennett Square, PA 19348
(610) 444-4330

Bruce Canter
Director of Operations
Delaware Art Museum, Inc.
513 Port Royal Court
Ladenburg, PA 19350
(302) 571-9590

Jim Connell
Title unknown
Skanska USA Building, Inc.
518 Township Line Rd., Ste. 100
Blue Bell, PA 19422
(267) 470-1000

Ed Dalton (Formerly)
Ove Arup & Partners Massachusetts, Inc.
955 Massachusetts Ave.
Cambridge, MA 02139
(617) 864-2987

Lyle V. Frederick
Senior Vice President
Skanska USA Building, Inc.
518 Township Line Rd., Ste. 100
Blue Bell, PA 19422
(267) 470-1000

James T. Hanley
Deputy Director (Former)
Delaware Art Museum
235 West 102nd Street, Unit 12S
New York, NY 10025

Richard H. Krause
Senior Project Manager
Skanska USA Building, Inc.
518 Township Line Rd., Ste. 100
Blue Bell, PA 19422
(267) 470-1000

Daniel M. Kristol
Board of Trustees
Delaware Art Museum
815 Augusta Rd.
Wilmington, DE 19807
(302) 655-7084

Steven C. Pick
Senior Consultant
Faithful Gould
100 Canal Pointe Blvd., Ste. 212
Princeton, NJ 08540
(609) 514-3870

Tim Reinking
Project Engineer
Skanska USA Building, Inc.
518 Township Line Rd., Ste. 100
Blue Bell, PA 19422
(267) 470-1000

Danielle Rice
Executive Director
Delaware Art Museum, Inc.
2301 Riddle Ave.
Wilmington, DE 19806
(302) 571-9590

Gregory M. Stanbach
Assistant Vice President
Allied Irish Bank
One Commerce Square
2005 Market Street, Ste. 3120
Philadelphia, PA 19103

Michael Stych
Arup - London Office

W. Wayne Dunlop
Principal in Charge
Skanska USA Building, Inc.
518 Township Line Rd., Ste. 100
Blue Bell, PA 19422
(267) 470-1000

Marcia Ferranto
Chief Financial Officer (Former)
Delaware Art Museum
205 Rodman Rd.
Wilmington, DE 19809
(302) 765-2288

Caroline Fitzgerald (Formerly)
Ove Arup & Partners Massachusetts, Inc.
955 Massachusetts Ave.
Cambridge, MA 02139
(617) 864-2987

Raymond Crane
Ove Arup & Partners Massachusetts, Inc.
955 Massachusetts Ave.
Cambridge, MA 02139
(617) 864-2987

Mark A. Fortunato
Chairman, Design/Construction Review Committee
Board of Trustees (Former Member)
Delaware Art Museum, Inc.
3801 Kennett Pike, C- I 00
Greenville, DE 19807
(302) 656-3363

Peter C. Sugar, AIA
Principal
Ann Beha Architects, Inc.
33 Kingston Street
Boston, MA 021 11
(617) 338-3000

Clifford Tanzler
Vice President, Client Services
Construction Technology Corporation
II 6 Fairfield Rd.
Fairfield, N.J. 07004
(973) 244-0222

Dave Vandegrift
Title unknown
Skanska USA Building, Inc.
518 Township Line Rd., Ste. 100
Blue Bell, PA 19422

Thomas Verderame
Senior Project Manager
Skanska USA Building, Inc,
518 Township Line Rd., Ste. 100
Blue Bell, PA 19422

Brock J. Vinton
Board of Trustees
Delaware Art Museum
300 Walter Street, Ste. 300
Wilmington, DE 19801
(302) 656-1930

5

Steve Walker
Owner's Representative (Former)
Delaware Art Museum
3739 Millcreek Rd.
Hockessin, DE 19707
(302) 235-0667

Mark Walsh-Cooke
Ove Arup & Partners Massachusetts, Inc.
955 Massachusetts Ave.
Cambridge, MA 02139
(617) 864-2987

Rodman Ward, Jr.
Board of Trustees
Delaware Art Museum
P.O. Box 636
Wilmington, DE 19899-0636
(302) 655-5268

Peter Zimudzinas (formerly)
Ann Beha Architects, Inc.
33 Kingston Street
Boston, MA 02111
(617) 338-3000

Michael K. Annento
Project Executive
Skanska USA Building, Inc.
518 Township Line Rd., Suite 100. I 00
Blue Bell, PA 19422
(267) 470-1000

Jack Aroush
Ove Arup & Partners Massachusetts, Inc.
955 Massachusetts Ave.
Cambridge, MA 02139
(617) 864-2987

Anthony V. Bastardi
Chairman and Chief Executive Officer
Construction Technology Corporation
II 6 Fairfield Rd.
Fairfield, N.J. 07004
(973) 244-0222

Ann M. Beha, FAIA
President
Ann Beha Architects, Inc.
33 Kingston Street
Boston, MA 021 11
(617) 338-3000

Tom Grimard
Arup
155 Avenue of the Americas
New York, NY 10013
(212) 229-2669

Jim Nadeau
Ove Arup & Partners Massachusetts, Inc.
955 Massachusetts Ave.
Cambridge, MA 02139
(617) 864-2987

Amie Nulman
Arup
901 Market Street
Suite 260
San Francisco, CA 94103
(415) 957-9445

The above-listed individuals may have discoverable information concerning: the contention of Arup that alleged errors, omissions and delays in the work performed by Defendants Ann Beha Architects, Inc. and Ove Arup & Partners Massachusetts, Inc. were actually not incurred or not incurred to the degree claimed and/or that the noted claims were the proximate result of actions of plaintiff, Ann Beha and/or Skanska; the alleged cost overruns in the renovation and expansion of Plaintiff s facility located at 2301 Kentmere Parkway, Wilmington, Delaware, (the "Project") that were allegedly caused by the errors, omissions and delays in the work performed by Defendants Ann Beha Architects, Inc. and Ove Arup & Partners Massachusetts, Inc. were actually proximately caused by the actions of Ann Beha and/or Skanska; and that the alleged income and sponsorship revenues lost by Plaintiff because of these errors, omissions, delays and cost overruns were not the result of any acts or omissions of Arup but rather those of plaintiff, Ann Beha and/or Skanska.
Those individuals who are listed above as current or former representatives of Arup may be contacted only through counsel for Arup

In addition to the above individuals, Arup reserves the right to identify additional individuals, whom it subsequently determines are likely to have discoverable information that it may use to support its claims or defenses, including but not limited to persons identified by other parties to this litigation.

7

2.    A description, by category and location, of all documents, electronically stored information, and tangible things that are in the possession, custody or control of Arup that Arup may use to supports its claims or defenses (unless solely for impeachment). Fed. R. Civ. P. 26(a)(1)(B).

Response:    The documents, data compilations and tangible things presently known to Arup that are in its possession, custody or control and that it may use to support its claims and defenses (except solely for impeachment) include the following: construction documents, including documents designated as a "GMP Set," "Pen-nit Set," "100% Complete Construction Document Set" or "Conformed Set"; addenda to construction documents; change orders, proposed change orders, potential change orders, change order requests, primary contract change orders and all supporting documentation; invoices; payment and accounting records; checks and other documents detailing transactions between the parties; requests for information; permitting materials; contracts; e-mail messages and other electronic documents relating to the Project; correspondence between and among the parties as well as with third-parties in connection with the Project; minutes and notes of meetings held in connection with the Project; and all other documents reflecting the scope, pace, content, cost and quality of work on the Project. These documents, including any electronic documents, are located at Arup s offices at 955 Massachusetts Ave. Cambridge, MA 02139 and in the offices of local counsel for Arup: Law Offices of James Bailey, 3 Mill Road, Suite 306A, Wilmington, Delaware 19806 and will be produced to the other parties by making said documents available at the noted offices for inspection and copying at any reasonably convenient time.

Additional documents that Arup may use to support its claims or defenses (except solely for impeachment) are in the Defendants' possession or the possession of Defendants' representatives and/or advisors and/or in the public domain, and also may be in the possession of various third parties.

Arup has not endeavored to identify (a) public documents, including, but not limited to, filings of record in this litigation, and (b) documents already in the possession, custody or control of co-defendants and/or plaintiff, including, but not limited to, documents previously transmitted to the other parties by Arup, if any.

3.    A computation of any category of damages claimed by Arup, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered pursuant to Fed. R. Civ. P. 26(a)(1)(C).

Response:    Arup does not seek damages from plaintiff but does seek contribution and indemnification from co-defendants for any award that may be made against Arup for delay costs, construction premiums, and remedial work, and contractor and subcontractor claims. Arup also contends that Plaintiff's claims are to be reduced by its own comparative negligence which bars or reduces its claims. Arup also reserves the right to assert various affirmative defenses which will be included within its answer to the Complaint when and if such Answer is filed

Arup also seeks to recover its costs incurred in litigating this action, including its attorney fees and reasonable expert fees, to be determined by the Court. Arup reserves the right to supplement and/or amend this disclosure.

4.    The existence and contents of any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action, or to indemnify or reimburse for payments made to satisfy the judgment, making available such agreement for inspection and copying. Fed. R. Civ. P. 26(a)(1)(D).

Response:    Plaintiff may be in possession of certain insurance policies which may indemnify it from losses claimed and identified in the Complaint but which have not yet been revealed to Arup.

Defendant Ann Beha Architects, Inc. is the named insured on a Certificate of Liability Insurance (the "Certificate") issued by B.R. Alexander & Co., Inc., 50 Congress Street, Ste. 530, Boston, MA 02109, on May 15, 2001. The Certificate lists various insurance policies issued by Utica Mutual Insurance Company and The Hartford to Defendant Ann Beha Architects, Inc., including a professional liability insurance policy affording coverage in the amount of $3,000,000 per claim and $3,000,000 in the aggregate.

Because Arup s investigation is ongoing and discovery has not yet commenced, Arup has not yet identified or collected all potential insurance agreements. Copies of additional responsive and relevant insurance policies, if any, will be produced in accordance with the Scheduling Order approved by the Court. All insurance agreements are (presumably) in the possession of Defendants Ann Beha Architects, Inc. and Ove Arup & Partners Massachusetts, Inc.

Arup reserves the right to supplement or amend this disclosure.

DATED: March 14, 2007

LAW OFFICES OF JAMES F. BAILEY, P.A.

/s/ James F. Bailey, Jr.
JAMES F. BAILEY, JR.
Delaware Bar I.D. #336
Three Mill Road, Suite 306A
Wilmington, DE  19806
(302) 658-5686
*Attorney for Defendant*
*Ove Arup & Partners Massachusetts, Inc.*

OF COUNSEL:
Michael J. Vardaro
Michael K. De Chiara
Zetlin & De Chiara
801 Second Ave.
New York, NY 10017
212-682-6800

9

## CERTIFICATE OF SERVICE

I, James F. Bailey, Jr., Esquire, do hereby certify that on this 16th day of March, 2007, one copy of the foregoing ***INITIAL DISCLOSURES OF OVE ARUP & PARTNERS MASSACHUSETTS, INC.*** was served on the on the following counsel of record in the manner in the manner indicated below:

**Via First Class Mail**
Thomas Allingham, Esquire
Richard S. Horvath, Esquire
Skadden Arps
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-636

LAW OFFICES OF JAMES F. BAILEY, P.A.

/s/ James F. Bailey, Jr.
JAMES F. BAILEY, JR.
Delaware Bar I.D. #336
Three Mill Road, Suite 306A
Wilmington, DE 19806
(302) 658-5686
*Attorney for Defendant*
*Ove Arup & Partners Massachusetts, Inc.*

1