IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, and OVE ARUP & PARTNERS MASSACHUSETTS, INC., a Massachusetts corporation,<br><br>        Defendants.<br><br>    v.<br><br>SKANSKA USA BUILDING, INC., a Delaware Corporation, as Successor to Barclay White Skanska, Inc.<br><br>        Third-Party Defendants. | :<br>:<br>:<br>:<br>:<br>:    C.A. No. 06-481 (GMS)<br>:<br>:    Jury Demand<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

NOTICE OF SERVICE

PLEASE TAKE NOTICE that counsel for Plaintiff Delaware Art Museum, by and through its undersigned counsel, served by hand Plaintiff's First Request for the Production of Documents from Defendant Ann Beha Architects, Inc., as well as this Notice of Service on March 21, 2007, on the following counsel of record:

| | |
|---|---|
| Paul Cottrell, Esquire<br>Tighe Cottrell & Logan, P.A.<br>One Customs House, Ste. 500<br>P.O. Box 1031<br>Wilmington, Delaware 19899<br>*Attorney for Defendant Ann Beha*<br>  *Architects, Inc.* | James F. Bailey, Jr., Esquire<br>Bailey & Associates, P.A.<br>3 Mill Rd., Ste. 306A<br>Wilmington, Delaware 19806<br>*Attorney for Defendant Ove Arup &*<br>  *Partners Massachusetts, Inc.* |

Robert K. Beste, Jr., Esquire
Cohen, Seglias, Pallas, Greenhall &
Furman P.C.
Nemours Building, Ste. 1130
1007 Orange Street
Wilmington, Delaware 19801
*Attorney for Third-Party Defendant
Skanska USA Building, Inc.*

/s/ Richard S. Horvath, Jr.
Thomas J. Allingham II (I.D. No. 476)
Richard S. Horvath, Jr. (I.D. No. 4558)
rhorvath@probonolaw.com
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
*Attorneys for Plaintiff Delaware Art
Museum, Inc.*

DATED: March 21, 2007