IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE ART MUSEUM, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 06-481 (GMS) |
| v. | ) | |
| | ) | |
| ANN BEHA ARCHITECTS, INC., | ) | |
| *et al.*, | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE N0TICE that the undersigned certifies that two (2) true and correct copies of Defendant Ann Beha Architects, Inc.'s Response to Plaintiff's First Request for the Production of Documents was served on this 23rd day of April, 2007, via U.S. mail, on the following:

Thomas Allingham, II
Richard S. Horvath, Jr.
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636

Robert K. Beste, Jr.
Cohen Seglias Pallas Greenhall & Furman, P.C.
Suite 1130, Nemours Building
1007 Orange Street
Wilmington, Delaware 19801

James F. Bailey, Jr., Esq.
Bailey & Associates, P.A.
3 Mill Road, Suite 306A
Wilmington, DE 19806

**TIGHE & COTTRELL, P.A.**

   /s/ Patrick M. McGrory
Paul Cottrell, Esquire (DE # 2391)
Patrick McGrory, Esq. (DE # 4943)
One Customs House, Suite 500
P.O. Box 1031
Wilmington, Delaware 19899
(302) 658-6400
p.mcgrory@tighecottrell.com