IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DELAWARE ART MUSEUM,** : | |
| : | |
| Plaintiff, : | Civil Action No.:  06-481 (GMS) |
| v. : | |
| : | |
| **ANN BEHA ARCHITECTS, INC.,** : | |
| *et al.*, : | |
| Defendants. : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned caused to be served the original of the attached subpoena *duces tecum* of Defendant Ann Beha Architects, Inc. on the 15th day of May, 2007, via hand delivery on John Howly III, of Rodman Construction Co. Inc.  Such documents and materials are to be produced on, or before, the 7th of June, 2007, at the office of Tighe & Cottrell, P.A., 704 King Street, Suite 500, Wilmington, DE, 19801.

TIGHE & COTTRELL, P.A.

     /s/ Patrick McGrory
Paul Cottrell, Esquire (DE #2391)
Patrick McGrory, Esquire (DE # 4943)
One Customs House, Suite 500
P.O. Box 1031
Wilmington, Delaware 19899
(302) 658-6400
p.mcgrory@tighecottrell.com