IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DELAWARE ART MUSEUM,** | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:  06- 481 (GMS) |
| v. | : | |
| | : | |
| **ANN BEHA ARCHITECTS, INC.,** | : | |
| *et al.*, | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned caused to be served the original of the attached subpoena *duces tecum* of Defendant Ann Beha Architects, Inc. on the 15th day of May, 2007, via hand delivery on Susan Colston, of Philadelphia D&M, Inc.  Such documents and materials are to be produced on, or before, the 7th of June, 2007, at the office of Tighe & Cottrell, P.A., 704 King Street, Suite 500, Wilmington, DE, 19801.

**TIGHE & COTTRELL, P.A.**

          /s/ Patrick McGrory          
Paul Cottrell, Esquire (DE #2391)
Patrick McGrory, Esquire (DE # 4943)
One Customs House, Suite 500
P.O. Box 1031
Wilmington, Delaware 19899
(302) 658-6400
p.mcgrory@tighecottrell.com