IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware corporation, | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-481 (GMS) |
| ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, and OVE ARUP & PARTNERS MASSACHUSETTS, INC., a Massachusetts corporation, | : Jury Demand |
| Defendants. | : |
| v. | : |
| SKANSKA USA BUILDING, INC., a Delaware Corporation, as Successor to Barclay White Skanska, Inc. | : |
| Third-Party Defendants. | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that counsel for Plaintiff Delaware Art Museum, Inc., by and through its undersigned counsel, served by hand delivery Plaintiff's Response to Defendant Ann Beha Architects, Inc.'s First Request for Production of Documents to Plaintiff, as well as this Notice of Service on June 14, 2007, on the following counsel of record:

Paul Cottrell, Esquire
Tighe Cottrell & Logan, P.A.
One Customs House, Ste. 500
P.O. Box 1031
Wilmington, Delaware 19899
*Attorney for Defendant Ann Beha Architects, Inc.*

James F. Bailey, Jr., Esquire
Bailey & Associates, P.A.
3 Mill Rd., Ste. 306A
Wilmington, Delaware 19806
*Attorney for Defendant Ove Arup & Partners Massachusetts, Inc.*

Robert K. Beste, Jr., Esquire
Cohen, Seglias, Pallas, Greenhall &
Furman P.C.
Nemours Building, Ste. 1130
1007 Orange Street
Wilmington, Delaware 19801
*Attorney for Third-Party Defendant*
  *Skanska USA Building, Inc.*

      /s/ Thomas J. Allingham
Thomas J. Allingham II (#476)
tallingh@probonolaw.com
Alyssa M. Schwartz (#4351)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
*Attorneys for Plaintiff Delaware Art*
  *Museum, Inc.*

DATED: June 14, 2007

2

498530.01-Wilmington Server 1A - MSW