IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE ART MUSEUM, INC. a Delaware corporation, | ) ) ) ) | C.A No.: 06-481 (GMS) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | DEMAND FOR JURY TRIAL |
| ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC. a Massachusetts corporation, and OVE ARUP & PARTNERS MASSACHUSETTS, INC., a Massachusetts corporation | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Patrick M. McGrory, Esquire of Tighe & Cottrell, P.A., as attorney for Defendant, Ann Beha Architects, Inc.

TIGHE & COTTRELL, P.A.

/s/ Patrick McGrory
Patrick McGrory (DE I.D. 4943)
704 N. King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899
(302) 658-6400
Attorney for Defendants

DATED: September 27, 2007

**CERTIFICATE OF SERVICE**

I, PATRICK M. MCGRORY, ESQUIRE, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served, via First Class U.S. mail, on this 27th day of September, 2007 upon the following:

Thomas Allingham, II
Richard S. Horvath, Jr.
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636

James F. Bailey, Jr., Esq.
Bailey & Associates, P.A.
3 Mill Road, Suite 306A
Wilmington, DE 19806

Robert K. Beste, Jr.
Cohen Seglias Pallas Greenhall & Furman, P.C.
Suite 1130, Nemours Building
1007 Orange Street
Wilmington, Delaware 19801

Michael J. Vardaro, Esq.
Zetlin & DeChiara LLP
900 Merchants Concourse
Westbury NY 11590

Patrick McGrory (DE I.D. 4943)
704 N. King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899
(302) 658-6400
Attorney for Defendants