ONE RODNEY SQUARE
BOX 636
WILMINGTON, DELAWARE 19899-0636

(302) 651-3000

DIRECT DIAL
302-651-3070
DIRECT FAX
888-329-2997
EMAIL ADDRESS
TALLINGH@PROBONOLAW.COM

September 27, 2007

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Judge
United States District Court for the
District of Delaware
844 North King Street
Wilmington, Delaware 19801

        RE:    Delaware Art Museum, Inc. v. Ann Beha Architects, Inc., et al., No. 06-481 (GMS)

Dear Judge Sleet:

       I write on behalf of all parties to the above-captioned matter.

       On September 11, 2007, Your Honor issued a memorandum opinion granting defendant Ove Arup Partners Massachusetts, Inc.'s ("Arup") motion to dismiss plaintiff Delaware Art Museum's (the "Museum") negligent misrepresentation claim. All of the Museum's claims against defendant Ann Beha Architects, Inc.("ABA") remain. Likewise, ABA's cross-claim against Arup and ABA's third-party claims against Skanska USA Building, Inc. also remain outstanding.

       The parties would like to engage in a court-sponsored mediation of the remaining causes of action, but believe that a stay of the case is necessary in order for them effectively to do so. The case is currently set to begin trial on March 31, 2008. The discovery deadline is December 31, 2007. Based on the breadth of the claims, all parties share the view that we cannot simultaneously engage in

The Honorable Gregory M. Sleet
September 27, 2007
Page 2

effective and efficient mediation, and litigate the case on the existing schedule. The parties recognize that Magistrate Judge Thynge is very busy, but hope to get on her calendar for a date early in 2008.

Counsel are available at the Court's convenience to discuss this matter further.

Respectfully,

*Thomas J. Allingham II/AMS #4351*

Thomas J. Allingham II (#476)

cc:  Paul Cottrell, Esquire
     Patrick M. McGrory, Esquire
     Robert K. Beste, Jr., Esquire
     Bruce D. Meller, Esquire
     James F. Bailey, Jr., Esquire
     Michael J. Vardaro, Esquire
     Ellen B. Sturm, Esquire
     Alyssa M. Schwartz, Esquire

509165.01-Wilmington Server 1A - MSW