IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware corporation, | ) ) C. A. No. 1:06-cv-00481-GMS ) |
| **Plaintiff,** v. | ) ) Jury Demand ) |
| ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, and OVE ARUP & PARTNERS MASSACHUSETTS, INC., a Massachusetts corporation, | ) ) ) ) ) ) |
| **Defendants.** | ) ) |
| -and- | ) ) |
| ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, | ) ) ) ) |
| **Third-Party Plaintiff,** v. | ) ) ) |
| SKANSKA USA BUILDING, INC., as Successor to Barclay White Skanska, Inc., a Delaware corporation, | ) ) ) ) |
| **Third-Party Defendant.** | ) ) |

### NOTICE OF SERVICE

TO:

Paul Cottrell, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P. O. Box 1031
Wilmington, DE 19899

James F. Bailey, Jr., Esq.
Bailey & Associates, P.A.
3 Mill Road, Suite 306-A
Wilmington, DE 19806

Richard S. Horvath, Jr., Esq./Thomas J. Allingham, II, Esq.
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P. O. Box 636
Wilmington, DE 19899

**PLEASE TAKE NOTICE** that, on the 5th of October, 2007, the within Third-Party Defendant Skanska USA Building, Inc.'s "First Request for Production of Documents Directed to Defendant/Third-Party Plaintiff Ann Beha Architects, Inc.," was served upon the parties electronically, and two (2) true and correct copies were served by First-Class Mail.

**Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

_____
Robert K. Beste, Jr., Esquire (I. D. No. 154)
1007 Orange St., Ste. 1130, Nemours Bldg.
Wilmington, DE 19801
(302) 425-5089
Attorneys for Third Party Defendant, Skanska USA Building, Inc.

RKB/msj
06747-0152; Doc. 24