ONE RODNEY SQUARE
BOX 636
WILMINGTON, DELAWARE 19899-0636

(302) 651-3000

DIRECT DIAL
302-651-3070
DIRECT FAX
888-329-2997
EMAIL ADDRESS
TALLINGH@PROBONOLAW.COM

January 10, 2008

BY ELECTRONIC-FILING AND HAND DELIVERY

The Honorable Mary Pat Thynge
Magistrate Judge
United States District Court
844 North King Street
Lock Box 8
Wilmington, Delaware 19801

      Re: Delaware Art Museum, Inc. v. Ann Beha Architects,
         Inc., et al., No. 06-481 (GMS)

Dear Judge Thynge:

  As I undertook to do with your assistant Kathy this morning, this will confirm that all parties to the above-captioned action are available for a one-day mediation on April 2, 2008.

                Respectfully,

                Thomas J. Allingham II (#476)

cc: Paul Cottrell, Esquire (by e-filing)
   Robert K. Beste, Jr., Esquire (by e-filing)
   Bruce D. Meller, Esquire (by e-mail)
   James F. Bailey, Jr., Esquire (by e-filing)
   Michael J. Vardaro, Esquire (by e-mail)

519006.01-Wilmington S1A