## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware corporation, | : : : |
| Plaintiff, | : C.A. No. 06-481 (GMS) : |
| v. | : Jury Demand : |
| ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, and OVE ARUP & PARTNERS MASSACHUSETTS, INC., a Massachusetts corporation, | : : : : : |
| Defendants, | : : |
| v. | : : |
| SKANSKA USA BUILDING, INC., a Delaware Corporation, as Successor to Barclay White Skanska, Inc. | : : : : |
| Third-Party Defendant. | : |

### STIPULATION AND PROPOSED AMENDED SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, by and between counsel for all parties to the above-captioned action, that:

1. A court-sponsored mediation of the remaining causes of action may be useful in resolving part or all of the matter.

2. The case is currently set to begin trial on March 31, 2008.

3. Based on the breadth of the claims, all parties agree that the case cannot effectively be mediated and litigated simultaneously. Therefore, the parties request that certain

remaining dates in the Court's February 23, 2007 Scheduling Order be extended in order for them to engage in Court-sponsored mediation.

    4.  On September 27, 2007, Thomas J. Allingham II, counsel for the Delaware Art Museum, sent a letter to the Court on behalf of all parties indicating that all parties desired to engage in a court-sponsored mediation. Since that date, the parties have worked diligently to prepare for such a mediation, and have engaged in pre-mediation discussions designed to increase prospects for a successful mediation.

    5.  The parties have now been given a mediation date of April 2, 2008 by Magistrate Judge Thynge. The mediation date falls during the week that the case is currently scheduled for trial pursuant to the Court's Scheduling Order.

    6.  In order to permit an effective and efficient mediation of the remaining claims, and to preserve judicial resources, the parties propose the following amendments to the Scheduling Order:

    (a) <u>Discovery</u>: All discovery in this case shall be initiated so that it will be completed on or before June 30, 2008.

    (b) <u>Expert Reports</u>: Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due by July 14, 2008. Rebuttal reports are due by August 18, 2008.

    (c) <u>Pretrial Conference</u>: On _____, beginning at _____.m., the Court will hold a pretrial conference in chambers with counsel. Unless otherwise ordered by the Court, the parties should assume that filing the Joint Pretrial Order satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure 26(a)(3). A sample form of Pretrial Order can be located on this Court's website at www.ded.uscourts.gov. Thirty (30) days before the Joint Proposed Pretrial Order is due, plaintiff's counsel shall forward

to defendants' counsel a draft of the pretrial order containing the information plaintiff proposed to include in the draft. Defendants' counsel shall, in turn, provide to plaintiff's counsel any comments on the plaintiff's draft as well as the information defendants proposed to include in the proposed pretrial order.

Motions *in limine*: No party shall file more than five (5) motions *in limine*. Briefs (opening, answering and reply) on all motions *in limine* shall be filed by_____. Opening and answering briefs shall not exceed five (5) pages and reply briefs shall not exceed three (3) pages. The parties shall file with the Court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which can be located on this Court's website at www.ded.uscourts.gov on or before _____.

      (d) Trial: This matter is scheduled for a ten (10) day jury trial beginning at _____ a.m. on _____.

  WHEREFORE, for the foregoing reasons, all parties to the above-captioned matter respectfully request entry of this Stipulation and Proposed Order.

Dated: January 18, 2008

/s/ Thomas J. Allingham II  
Thomas J. Allingham II (#476)  
tallingh@probonolaw.com  
Alyssa M. Schwartz (#4351)  
amschwar@probonolaw.com  
Ellen B. Sturm (#5070)  
esturm@probonolaw.com  
One Rodney Square  
P.O. Box 636  
Wilmington, Delaware 19899  
*Attorneys for Plaintiff Delaware Art*  
 *Museum, Inc.*

/s/ Paul Cottrell  
Paul Cottrell (#2391)  
p.cottrell@tighecottrell.com  
Tighe Cottrell & Logan, P.A.  
One Customs House, Ste. 500  
P.O. Box 1031  
Wilmington, Delaware 19899  
*Attorneys for Defendant Ann Beha*  
 *Architects, Inc.*

| | |
|---|---|
| /s/ James F. Failey, Jr. | /s/ Robert K. Beste, Jr. |
| James F. Bailey, Jr. (#336) | Robert K. Beste, Jr. (#154) |
| jbailey@jfbailey.com | rbeste@cohenseglias.com |
| Law Offices of James F. Bailey | Cohen, Seglias, Pallas, Greenhall & Furman |
| 3 Mill Rd., Ste. 306A | P.C. |
| Wilmington, Delaware 19806 | Nemours Building, Ste. 1130 |
| | 1007 Orange Street |
| Michael Vardaro | Wilmington, Delaware 19801 |
| Zetlin & De Chiara LLP | |
| 801 Second Ave. | Bruce Meller |
| New York, New York 10017 | Peckar & Abramson, P.C. |
| *Attorneys for Defendant Ove Arup &* | 70 Grand Ave. |
| *Partners Massachusetts, Inc.* | River Edge, New Jersey 07661 |
| | *Attorneys for Third-Party Defendant* |
| | *Skanska USA Building, Inc.* |

SO ORDERED, this _____ day of January, 2008

_____
Judge Gregory M. Sleet