IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, and OVE ARUP & PARTNERS MASSACHUSETTS INC., a Massachusetts Corporation,<br><br>    Defendants.<br>-and-<br><br>ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation,<br><br>    Third-Party Plaintiff,<br>v.<br><br>SKANSKA USA BUILDING, INC., as Successor to Barclay White Skanska, Inc., a Delaware corporation,<br>    Third-Party Defendant. | C.A. No. 1:06-cv-00481 (GMS)<br><br>Civil Action |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

  Pursuant to Local Rule 83.5, and the attached certifications, the undersigned moves the admission *pro hac vice* of Gerard J. Onorata, Esquire, Peckar & Abramson, P.C., 70 Grand Avenue, River Edge, NJ 07661

             Cohen, Seglias, Pallas, Greenhall & Furman, P.C.

             _____
             Robert K. Beste, Jr., Esq. (I.D. No. 154)
             1007 Orange Street, Nemours Bldg, Suite 1130
             Wilmington, DE 19801
             (302) 425-5089
Dated: February 8, 2008     Attorneys for Skanska USA Building Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware Corporation,<br><br>      Plaintiff,<br><br>v.<br><br>ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, and OVE ARUP & PARTNERS MASSACHUSETTS INC., a Massachusetts Corporation,<br><br>      Defendants.<br>-and-<br><br>ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation,<br><br>      Third-Party Plaintiff,<br><br>v.<br><br>SKANSKA USA BUILDING, INC., as Successor to Barclay White Skanska, Inc., a Delaware corporation,<br>      Third-Party Defendant. | C.A. No. 1:06-cv-00481 (GMS)<br><br>Civil Action<br><br>CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE* |

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing and in good standing as a member of the Bars of the State of New York and New Jersey; and pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: February 8, 2008

                _____
                Gerard J. Onorata, Esq. (6204)
                Peckar & Abramson, P.C.
                70 Grand Avenue
                River Edge, NJ 07661
                (201) 343-3434

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware Corporation,<br><br>              Plaintiff,<br><br>v.<br><br>ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, and OVE ARUP & PARTNERS MASSACHUSETTS INC., a Massachusetts Corporation,<br><br>              Defendants.<br>-and-<br><br>ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation,<br><br>              Third-Party Plaintiff,<br>v.<br><br>SKANSKA USA BUILDING, INC., as Successor to Barclay White Skanska, Inc., a Delaware corporation,<br>              Third-Party Defendant. | C.A. No. 1:06-cv-00481 (GMS)<br><br>Civil Action<br><br>**ORDER FOR ADMISSION OF COUNSEL PRO HAC VICE** |

This ____ day of _____, 2008, the Court having considered the motion for admission *pro hac vice* of Gerard J. Onorata, Esq., in the above action; now, therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., hereby certify that on this 8th day of February, 2008, I caused the Motion and Order for Admission Pro Hac Vice, to be served upon the below-listed counsel of record, via electronic filing:

Paul Cottrell, Esquire
Tighe & Cottrell, P.A.
One Customs House - Suite 500
704 N. King Street
Wilmington, DE  19801

James F. Bailey, Jr., Esq.
Bailey & Associates, P.A.
3 Mill Road, Suite 306-A
Wilmington, DE  19806

Richard S. Horvath, Jr., Esq.
Thomas J. Allingham, II, Esq.
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P. O. Box 636
Wilmington, DE 19899

**Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

/S/ Robert K. Beste, Jr., Esq. (I.D. No. 154)

_____
Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange St., Suite 1130, Nemours Building
Wilmington, Delaware 19801
Phone: (302) 425-5089
Attorneys for Third-Party Defendant
Skanska USA Building, Inc.

RKB/msj
06747-0152
Doc. No. 27