IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware corporation, | : : : |
| Plaintiff, | : C.A. No. 06-481 (GMS) : |
| v. | : Jury Demand : |
| ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, and OVE ARUP & PARTNERS MASSACHUSETTS, INC., a Massachusetts corporation, | : : : : : : |
| Defendants, | : : |
| v. | : : |
| SKANSKA USA BUILDING, INC., a Delaware Corporation, as Successor to Barclay White Skanska, Inc., | : : : : |
| Third-Party Defendant. | : |

**STIPULATION AND PROPOSED AMENDED SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, by and between counsel for all parties to the above-captioned action, that:

1. On February 6, 2008, the parties to the above-captioned action had a teleconference with the Court about the status of the case. At that time, the Court requested that the parties meet and confer about expert discovery and preparing for trial.

2. In anticipation of the teleconference with the Court on February 13, 2008, the parties propose the following amendments to the Scheduling Order:

(a) <u>Discovery</u>: All written discovery in this case shall be completed on or before February 22, 2008. All fact depositions are to be completed by March 5, 2008.

(b) <u>Expert Reports</u>: Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due by March 7, 2008.

(c) <u>Expert Depositions</u>: Expert depositions are to occur the week of March 10, 2008.

(d) <u>Pretrial Conference</u>: On March 17, 2008, beginning at _____ _.m., the Court will hold a pretrial conference in chambers with counsel. Unless otherwise ordered by the Court, the parties should assume that filing the Joint Pretrial Order satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure 26(a)(3). A sample form of Pretrial Order can be located on this Court's website at www.ded.uscourts.gov. The parties shall file with the Court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which can be located on this Court's website at www.ded.uscourts.gov on or before March 13, 2008.

(e) <u>Trial</u>: This matter is scheduled for a ten (10) day jury trial beginning at _____ a.m. on March 31, 2008.

WHEREFORE, for the foregoing reasons, all parties to the above-captioned matter respectfully request entry of this Stipulation and Proposed Order.

Dated: February 12, 2008

/s/ Thomas J. Allingham II
Thomas J. Allingham II (#476)
tallingh@probonolaw.com
Alyssa M. Schwartz (#4351)
amschwar@probonolaw.com
Ellen B. Sturm (#5070)
esturm@probonolaw.com
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
*Attorneys for Plaintiff Delaware Art Museum, Inc.*

/s/ Paul Cottrell
Paul Cottrell (#2391)
p.cottrell@tighecottrell.com
Tighe Cottrell & Logan, P.A.
One Customs House, Ste. 500
P.O. Box 1031
Wilmington, Delaware 19899
*Attorneys for Defendant Ann Beha Architects, Inc.*

/s/ James F. Failey, Jr.
James F. Bailey, Jr. (#336)
jbailey@jfbailey.com
Law Offices of James F. Bailey
3 Mill Rd., Ste. 306A
Wilmington, Delaware 19806

Michael Vardaro
Zetlin & De Chiara LLP
801 Second Ave.
New York, New York 10017
*Attorneys for Defendant Ove Arup & Partners Massachusetts, Inc.*

/s/ Robert K. Beste, Jr.
Robert K. Beste, Jr. (#154)
rbeste@cohenseglias.com
Cohen, Seglias, Pallas, Greenhall & Furman P.C.
Nemours Building, Ste. 1130
1007 Orange Street
Wilmington, Delaware 19801

Bruce Meller
Peckar & Abramson, P.C.
70 Grand Ave.
River Edge, New Jersey 07661
*Attorneys for Third-Party Defendant Skanska USA Building, Inc.*


SO ORDERED, this _____ day of February, 2008

_____
Judge Gregory M. Sleet