## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware corporation, | : : : | |
| Plaintiff, | : : | C.A. No. 06-481 (GMS) |
| v. | : : | Jury Demand |
| ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, and OVE ARUP & PARTNERS MASSACHUSETTS, INC., a Massachusetts corporation, | : : : : : : | |
| Defendants, | : : | |
| v. | : : | |
| SKANSKA USA BUILDING, INC., a Delaware Corporation, as Successor to Barclay White Skanska, Inc., | : : : : | |
| Third-Party Defendant. | : | |

## **ENTRY AND WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Richard S. Horvath, Jr. withdraws his appearance on behalf of plaintiff the Delaware Art Museum, Inc. (the "Museum") in the above-captioned matter, and that Alyssa M. Schwartz and Ellen B. Sturm enter their appearance as counsel on the Museum's behalf.

                                                  */s/ Alyssa M. Schwartz*
                                                  Thomas J. Allingham II (#476)
                                                  tallingh@probonolaw.com
                                                  Alyssa M. Schwartz (#4351)
                                                  amschwar@probonolaw.com
                                                  Ellen B. Sturm (#5070)
                                                  esturm@probonolaw.com
                                                  One Rodney Square
                                                  P.O. Box 636
                                                  Wilmington, Delaware  19899-0636

                                                  *Attorneys for Plaintiff Delaware Art Museum, Inc.*

Date:  February 13, 2008