IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware corporation, | : |
| Plaintiff, | : C.A. No. 06-481 (GMS) |
| v. | : Jury Demand |
| ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, and OVE ARUP & PARTNERS MASSACHUSETTS, INC., a Massachusetts corporation, | : |
| Defendants, | : |
| v. | : |
| SKANSKA USA BUILDING, INC., a Delaware Corporation, as Successor to Barclay White Skanska, Inc., | : |
| Third-Party Defendant. | : |

**STIPULATION AND PROPOSED AMENDED SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, by and between counsel for all parties to the above-captioned action, that:

1. On February 13, 2008, the parties to the above-captioned action had a teleconference with the Court regarding expert discovery and preparation for trial.

2. At that time, the following amendments to the Scheduling Order we made:

    (a) <u>Discovery</u>: All written discovery in this case shall be completed on or before February 22, 2008. All fact depositions are to be completed by March 5,

2008.

  (b) <u>Expert Reports</u>:  Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are to be exchanged by March 7, 2008.

  (c) <u>Expert Depositions</u>:  Expert depositions are to occur the week of March 10, 2008.

  (d) <u>Pretrial Conference</u>:  On March 24, 2008, beginning at 10:00 a.m., the Court will hold a pretrial conference in chambers with counsel.  Unless otherwise ordered by the Court, the parties should assume that filing the Joint Pretrial Order satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure 26(a)(3).  A sample form of Pretrial Order can be located on this Court's website at www.ded.uscourts.gov.  The parties shall file with the Court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which can be located on this Court's website at www.ded.uscourts.gov on or before the close of business on March 17, 2008.  No motions *in limine* are to be filed.

  (e) <u>Trial</u>:  This matter is scheduled for a ten (10) day jury trial beginning at 9:30 a.m. on March 31, 2008.

  WHEREFORE, for the foregoing reasons, all parties to the above-captioned matter respectfully request entry of this Stipulation and Proposed Order.

Dated:  February 14, 2008

| | |
|---|---|
| /s/ Thomas J. Allingham II | /s/ Paul Cottrell |
| Thomas J. Allingham II (#476) <br> tallingh@probonolaw.com <br> Alyssa M. Schwartz (#4351) <br> amschwar@probonolaw.com <br> Ellen B. Sturm (#5070) <br> esturm@probonolaw.com <br> One Rodney Square <br> P.O. Box 636 <br> Wilmington, Delaware  19899 <br> *Attorneys for Plaintiff Delaware Art Museum, Inc.* | Paul Cottrell (#2391) <br> p.cottrell@tighecottrell.com <br> Patrick M. McGrory <br> p.mcgrory@tighecottrell.com <br> Tighe & Cottrel, P.A. <br> One Customs House, Ste. 500 <br> P.O. Box 1031 <br> Wilmington, Delaware  19899 <br> *Attorneys for Defendant Ann Beha Architects, Inc.* |
| /s/ James F. Bailey, Jr. | /s/ Robert K. Beste, Jr. |
| James F. Bailey, Jr. (#336) <br> jbailey@jfbailey.com <br> Law Offices of James F. Bailey <br> 3 Mill Rd., Ste. 306A <br> Wilmington, Delaware  19806 <br> <br> Michael Vardaro <br> Zetlin & De Chiara LLP <br> 801 Second Ave. <br> New York, New York  10017 <br> *Attorneys for Defendant Ove Arup & Partners Massachusetts, Inc.* | Robert K. Beste, Jr. (#154) <br> rbeste@cohenseglias.com <br> Cohen, Seglias, Pallas, Greenhall & Furman P.C. <br> Nemours Building, Ste. 1130 <br> 1007 Orange Street <br> Wilmington, Delaware  19801 <br> <br> Bruce Meller <br> Peckar & Abramson, P.C. <br> 70 Grand Ave. <br> River Edge, New Jersey  07661 <br> *Attorneys for Third-Party Defendant Skanska USA Building, Inc.* |

SO ORDERED, this _____ day of February, 2008

_____

Judge Gregory M. Sleet

522774-Wilmington Server 1A - MSW