ONE RODNEY SQUARE
BOX 636
WILMINGTON, DELAWARE 19899-0636

(302) 651-3000

DIRECT DIAL
302-651-3070
EMAIL ADDRESS
TALLINGH@PROBONOLAW.COM

February 26, 2008

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
U.S. District Court
District of Delaware
844 N. King Street
Lockbox 19
Wilmington, DE 19801

         RE: Delaware Art Museum Inc. v. Ann Beha Architects, Inc., et al., C.A. No. 06-481 (GMS)

Dear Judge Sleet:

    In anticipation of the discovery teleconference scheduled for February 26, 2008 at 11:00 a.m. in the above-captioned matter, the parties jointly submit the following items to be presented to the Court:

Plaintiff's Issues:

- <u>Defendant Ann Beha Architects, Inc.'s ("ABA") failure timely to produce electronic documents.</u>  Counsel for ABA has represented that electronic discovery from the principal architect on this construction project, Ann Beha, will not be processed for ABA counsel's review until February 29. No representation has been made as to when that discovery, which includes Ms. Beha's e-mails, will thereafter be produced to plaintiff's counsel. ABA has produced copies of certain of Ms. Beha's e-mails to certain of the parties, which were found on her own computer, but has represented that it cannot as a practical matter restore backup tapes and thereby complete a comprehensive search for Ms. Beha's e-mails earlier than the schedule described above, which the Court has previously described as unacceptable.

- <u>Scheduling of depositions.</u>  Plaintiff cannot effectively take or defend depositions in this matter without access to all responsive e-mails of the principal architect and named partner of the defendant architectural firm.

The Honorable Gregory M. Sleet
February 26, 2008
Page 2

However, delaying commencement of depositions until after production of these critical e-mails is impracticable. The four parties have indicated their intention to conduct a total of approximately 15 depositions. If they do not commence until the second week in March (which appears likely given the schedule for production of Ms. Beha's e-mails that ABA has proposed), it will be impossible to complete deposition discovery in time effectively to prepare this case for trial on March 31.

Defendant's Issues:
- Ann Beha Architects, Inc. ("ABA") has produced over 90,0000 e-mails that are stored on all internal file servers to the Plaintiff including all of Ann Beha's e-mails. ABA is also in the process of restoring server back-up tapes which will be accomplished by the end of the week. Counsel for Plaintiff Museum has stated that the Plaintiff has not restored or produced any electronic data from back-up tapes. ABA and DAM have, as of today, produced electronic discovery in the same scope and manner and only ABA is progressing toward producing documents stored on back-up tape media.

- Third-Party Defendant Skanska USA Building has not served a response to ABA's discovery request.

- Depositions can be completed. A deposition of Skanska's representative has already been scheduled to begin March 8, subject to the Court's direction. There is sufficient time to complete the required number of depositions in time for trial. Depositions can be conducted on weekends or simultaneously as required.

Respectfully,

/s/ Patrick McGrory
Patrick McGrory (4963)
p.mcgrory@tighecottrell.com

Thomas J. Allingham II (#476)
tallingh@probonolaw.com

cc: Paul Cottrell, Esquire
Robert K. Beste, Jr., Esquire
Bruce D. Meller, Esquire
Gerard J. Onorata, Esquire
James F. Bailey, Jr., Esquire
Michael J. Vardaro, Esquire
Ellen B. Sturm, Esquire,
Alyssa M. Schwartz, Esquire