IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware Corporation, | : |
| Plaintiff, | : C.A. No. 1:06-cv-481 (GMS) |
| v. | : Jury Demand |
| ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts Corporation, and OVE ARUP & PARTNERS MASSACHUSETTS INC., a Massachusetts Corporation, | : |
| Defendants. | : |
| v. | : |
| SKANSKA USA BUILDING INC., a Delaware Corporation, as Successor to Barclay White Skanska, Inc., | : |
| Third-Party Defendant | : |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned certifies that two (2) true and correct copies of Third-Party Defendant, Skanska USA Building Inc.'s ("Skanska") Answers to Ann Beha Architects, Inc.'s First Set of Requests for Production of Documents, were served on the 28th day of February, 2008, via Federal Express, on the following:

Patrick M. McGrory, Esq.          Alyssa Schwartz, Esq.
Tighe & Cottrell, P.A.            Skadden Arps Slate Meagher & Flom
One Customs House, Suite 500      One Rodney Square
Wilmington, DE 19899              Wilmington, DE 19899-0636

James F. Bailey, Jr., Esq.
Bailey & Associates
3 Mill Road, Suite 306A
Wilmington, DE 19806

                              Cohen, Seglias, Pallas, Greenhall
                              & Furman, P.C.

                              **/s/ Robert K. Beste, Jr., Esq. (I.D. 154)**
                              Robert K. Beste, Jr., Esq. (I.D. No. 154)
                              1007 Orange Street, Ste. 1130, Nemours Bldg.
                              Wilmington, DE   19801
                              (302) 425-5089
                              rbeste@cohenseglias.com
                              Attorneys for Skanska USA Building, Inc.,
                              Third Party Defendant

Dated: February 28, 2008

RKB/msj
06747-0152; Doc. 31