UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DELAWARE ART MUSEUM,
A Delaware corporation,

        Plaintiff,

v.

ANN BEHA ARCHITECTS INC., f/k/a
ANN BEHA ASSOCIATES, INC., a
Massachusetts corporation, and OVE ARUP &
PARTNERS MASSACHUSETTS, INC.,
a Massachusetts corporation,

        Defendants,

C.A. No.: 06-481

JURY TRIAL DEMANDED

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of BILL P. CHIMOS, DAVID ABRAMOVITZ and CHAD E. SJOQUIST to represent Ove Arup & Partners Massachusetts, Inc. in this action.

THE BAILEY LAW FIRM

/s/ James F. Bailey, Jr.
JAMES F. BAILEY, JR.
Delaware Bar I.D. #336
Three Mill Road, Suite 306A
Wilmington, DE 19806
(302) 658-5686
*Attorney for Defendant Ove Arup
& Partners Massachusetts, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware corporation, | : : : | |
| Plaintiff, | : : | Civil Action No. 06-481 |
| v. | : : | |
| ANNA BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, and OVE ARUP & PARTNERS MASSACHUSETTS, INC., a Massachusetts corporation, | : : : : : : : | |
| Defendants. | : : | |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Bill P. Chimos, David Abramovitz and Chad E. Sjoquist is granted.

Date:_____                    _____
                                     United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANNA BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, and OVE ARUP & PARTNERS MASSACHUSETTS, INC., a Massachusetts corporation,<br><br>Defendants. | Civil Action No. 06-481 |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York State and the Federal District Court for the Southern, Eastern and Northern Districts of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. I further

certify that the annual registration fee of $25 has been paid to the Clerk's office upon filing of this motion.

        Zetlin & De Chiara LLP

        _____
        Bill P. Chimos
        801 Second Avenue
        New York, New York 10017
        (212) 682-6800
        *Attorneys for Defendant*
        *Ove Arup & Partners Massachusetts, Inc.*

Date:  February 28, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware corporation, | : | |
| Plaintiff, | : | Civil Action No. 06-481 |
| v. | : | |
| ANNA BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, and OVE ARUP & PARTNERS MASSACHUSETTS, INC., a Massachusetts corporation, | : | |
| Defendants. | : | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York State, the Federal District Court for the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Second Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. I further certify that the annual

registration fee of $25 has been paid to the Clerk's office upon filing of this motion.

                    Zetlin & De Chiara LLP

                    _____
                    David Abramovitz
                    801 Second Avenue
                    New York, New York 10017
                    (212) 682-6800
                    *Attorneys for Defendant*
                    *Ove Arup & Partners Massachusetts, Inc.*

Date:   February 28, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware corporation, | : : : |
| Plaintiff, | : : Civil Action No. 06-481 |
| v. | : : |
| ANNA BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, and OVE ARUP & PARTNERS MASSACHUSETTS, INC., a Massachusetts corporation, | : : : : : : |
| Defendants. | : : |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York State and the Federal District Court for the Southern, Eastern and Northern Districts of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. I further

certify that the annual registration fee of $25 has been paid to the Clerk's office upon filing of this motion.

                                                          Zetlin & De Chiara LLP

                                                          _____
Chad E. Sjoquist
801 Second Avenue
New York, New York 10017
(212) 682-6800
*Attorneys for Defendant*
*Ove Arup & Partners Massachusetts, Inc.*

Date:   February 28, 2008

## CERTIFICATE OF SERVICE

I, James F. Bailey, Jr., Esquire, do hereby certify that on this 29th day of February, 2008 one copy of the foregoing *MOTION AND ORDER FOR ADMISSION PRO HAC VICE* was served on the on the following counsel of record in the manner indicated below:

| | |
|---|---|
| *Via Electronic Filing*<br>Thomas Allingham, Esquire<br>Richard S. Horvath, Esquire<br>Skadden Arps<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-636 | *Via Electronic Filing*<br>Paul Cottrell, Esquire<br>Tighe & Cottrell<br>704 N. King Street, Suite 500<br>P.O. Box 1031<br>Wilmington, DE 19899-1031 |

*Via Electronic Filing*
Robert K. Beste, Jr., Esquire
Cohen Seglias Pallas Greenhall & Furman, P.C.
1007 Orange Street, Suite 205
Wilmington, DE 19801

THE BAILEY LAW FIRM

/s/ James F. Bailey, Jr.
JAMES F. BAILEY, JR.
Delaware Bar I.D. #336
Three Mill Road, Suite 306A
Wilmington, DE 19806
(302) 658-5686
*Attorney for Defendant*
*Ove Arup & Partners Massachusetts, Inc.*