IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware Corporation,<br><br>                Plaintiff,<br><br>v.<br><br>ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, and OVE ARUP & PARTNERS MASSACHUSETTS INC., a Massachusetts Corporation,<br><br>                Defendants.<br>-and-<br><br>ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation,<br><br>                Third-Party Plaintiff,<br>v.<br><br>SKANSKA USA BUILDING, INC., as Successor to Barclay White Skanska, Inc., a Delaware corporation,<br>                Third-Party Defendant. | C.A. No. 1:06-cv-00481 (GMS)<br><br>Civil Action |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

    Pursuant to Local Rule 83.5, and the attached certifications, the undersigned moves the admission *pro hac vice* of Frank A. Hess, Esquire, Peckar & Abramson, P.C., 70 Grand Avenue, River Edge, NJ 07661

                              Cohen, Seglias, Pallas, Greenhall & Furman, P.C.

                              /s/ Robert K. Beste, Jr.
                              Robert K. Beste, Jr., Esq. (I.D. No. 154)
                              1007 Orange Street, Nemours Bldg, Suite 1130
                              Wilmington, DE 19801
                              (302) 425-5089
Dated: March 3, 2008           Attorneys for Skanska USA Building Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware Corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, and OVE ARUP & PARTNERS MASSACHUSETTS INC., a Massachusetts Corporation,<br><br>                Defendants.<br>-and-<br><br>ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation,<br><br>                Third-Party Plaintiff,<br>   v.<br><br>SKANSKA USA BUILDING, INC., as Successor to Barclay White Skanska, Inc., a Delaware corporation,<br>                Third-Party Defendant. | C.A. No. 1:06-cv-00481 (GMS)<br><br><u>Civil Action</u><br><br>**ORDER FOR ADMISSION OF COUNSEL PRO HAC VICE** |

    This _____ day of _____, 2008, the Court having considered the motion for admission *pro hac vice* of Frank A. Hess, Esq., in the above action; now, therefore,

    IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

<br>

                                               _____
                                               United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, and OVE ARUP & PARTNERS MASSACHUSETTS INC., a Massachusetts Corporation,<br><br>Defendants.<br>-and-<br><br>ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>SKANSKA USA BUILDING, INC., as Successor to Barclay White Skanska, Inc., a Delaware corporation,<br>Third-Party Defendant. | C.A. No. 1:06-cv-00481 (GMS)<br><br>Civil Action<br><br>**CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*** |

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing and in good standing as a member of the Bars of the State of New York and New Jersey; and pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: March 3, 2008

Frank A. Hess, Esq. (0407)
Peckar & Abramson, P.C.
70 Grand Avenue
River Edge, NJ 07661
(201) 343-3434

## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., hereby certify that on this 3rd day of March, 2008, I caused the Motion and Order for Admission *Pro Hac Vice* of Frank A. Hess, Esquire, to be served upon the below-listed counsel of record, <u>via electronic filing</u>:

Paul Cottrell, Esquire
Tighe & Cottrell, P.A.
One Customs House - Suite 500
704 N. King Street
Wilmington, DE 19801

James F. Bailey, Jr., Esq.
Bailey & Associates, P.A.
3 Mill Road, Suite 306-A
Wilmington, DE 19806

Richard S. Horvath, Jr., Esq.
Thomas J. Allingham, II, Esq.
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P. O. Box 636
Wilmington, DE 19899

    Cohen, Seglias, Pallas, Greenhall & Furman, P.C.

    /S/ Robert K. Beste, Jr., Esq. (I.D. No. 154)

    Robert K. Beste, Jr., Esq. (I.D. No. 154)
    1007 Orange St., Suite 1130, Nemours Building
    Wilmington, Delaware 19801
    Phone: (302) 425-5089
    Attorneys for Third-Party Defendant
    Skanska USA Building, Inc.

RKB/msj
06747-0152; Doc. 32;