UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE ART MUSEUM,<br>A Delaware corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>ANN BEHA ARCHITECTS INC., f/k/a<br>ANN BEHA ASSOCIATES, INC., a<br>Massachusetts corporation, and OVE ARUP &<br>PARTNERS MASSACHUSETTS, INC.,<br>a Massachusetts corporation,<br><br>                Defendants, | C.A. No.: 06-481<br><br>JURY TRIAL DEMANDED |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of JEFFREY T. YICK to represent Ove Arup & Partners Massachusetts, Inc. in this action.

THE BAILEY LAW FIRM

/s/ James F. Bailey, Jr.
JAMES F. BAILEY, JR.
Delaware Bar I.D. #336
Three Mill Road, Suite 306A
Wilmington, DE 19806
(302) 658-5686
*Attorney for Defendant Ove Arup
& Partners Massachusetts, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware corporation, | : : : : | |
| Plaintiff, | : : | Civil Action No. 06-481 |
| v. | : : : | |
| ANNA BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, and OVE ARUP & PARTNERS MASSACHUSETTS, INC., a Massachusetts corporation, | : : : : : : : | |
| Defendants. | : | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York State and New Jersey and the Federal District Court for the Southern and Eastern Districts of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

I further certify that the annual registration fee of $25 has been paid to the Clerk's office upon filing of this motion.

                                        Zetlin & De Chiara LLP

                                        _____
                                        Jeffrey T. Yick
                                        801 Second Avenue
                                        New York, New York 10017
                                        (212) 682-6800
                                        *Attorneys for Defendant*
                                        *Ove Arup & Partners Massachusetts, Inc.*

Date:   March 6, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware corporation, | : | |
| Plaintiff, | : | Civil Action No. 06-481 |
| v. | : | |
| ANNA BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, and OVE ARUP & PARTNERS MASSACHUSETTS, INC., a Massachusetts corporation, | : | |
| Defendants. | : | |

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Jeffrey T. Yick is granted.

Date:_____                    _____
                                        United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE ART MUSEUM,<br>A Delaware corporation,<br><br>           Plaintiff,<br><br>v.<br><br>ANN BEHA ARCHITECTS INC., f/k/a<br>ANN BEHA ASSOCIATES, INC., a<br>Massachusetts corporation, and OVE ARUP &<br>PARTNERS MASSACHUSETTS, INC.,<br>a Massachusetts corporation,<br><br>           Defendants, | C.A. No.: 06-481<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, James F. Bailey, Jr., Esquire, do hereby certify that on this 7th day of March, 2008 one copy of the foregoing *MOTION AND ORDER FOR ADMISSION PRO HAC VICE* was served on the on the following counsel of record in the manner indicated below:

*Via Electronic Filing*
Thomas Allingham, Esquire
Richard S. Horvath, Esquire
Skadden Arps
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-636

*Via Electronic Filing*
Paul Cottrell, Esquire
Tighe & Cottrell
704 N. King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031

*Via Electronic Filing*
Robert K. Beste, Jr., Esquire
Cohen Seglias Pallas Greenhall & Furman, P.C.
1007 Orange Street, Suite 205
Wilmington, DE 19801

THE BAILEY LAW FIRM

/s/ James F. Bailey, Jr.
JAMES F. BAILEY, JR.
Delaware Bar I.D. #336
Three Mill Road, Suite 306A
Wilmington, DE 19806
(302) 658-5686
*Attorney for Defendant*
*Ove Arup & Partners Massachusetts, Inc.*