IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware corporation, : <br> : <br> Plaintiff, :    C.A. No. 06-481 (GMS) <br> : <br> v. :    Jury Demand <br> : <br> ANN BEHA ARCHITECTS, INC., f/k/a : <br> ANN BEHA ASSOCIATES, INC., a : <br> Massachusetts corporation, and OVE ARUP : <br> & PARTNERS MASSACHUSETTS, INC., : <br> a Massachusetts corporation, : <br> : <br> Defendants, : <br> : <br> v. : <br> : <br> SKANSKA USA BUILDING, INC., : <br> a Delaware Corporation, as Successor to : <br> Barclay White Skanska, Inc. : <br> : <br> Third-Party Defendant. : | |

TO:

Paul Cottrell
Patrick McGrory
Tighe & Cottrell, P.A.
One Customs House, Ste. 500
P.O. Box 1031
Wilmington, Delaware 19899

Michael Vardaro
Zetlin & De Chiara LLP
801 Second Ave.
New York, New York 10017

Bruce Meller
Gerard J. Onorata
Peckar & Abramson, P.C.
70 Grand Ave.
River Edge, New Jersey 07661

James F. Bailey, Jr.
Law Offices of James F. Bailey
3 Mill Rd., Ste. 306A
Wilmington, Delaware 19806

Robert K. Beste, Jr.
Cohen, Seglias, Pallas, Greenhall & Furman P.C.
Nemours Building, Ste. 1130
1007 Orange Street
Wilmington, Delaware 19801

## NOTICE OF VIDEOTAPED DEPOSITION OF
## LOUIS GRACHOS

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Delaware Art Museum, Inc., by its undersigned counsel, will take the deposition upon oral examination of Louis Grachos, Director of the Albright-Knox Art Gallery, and a third party witness.

The deposition will be taken at 1:00 p.m., on March 20, 2008, at the Albright-Knox Art Gallery, 1285 Elmwood Avenue, Buffalo, New York 14222-1096, before an officer authorized to administer oaths and will be recorded by both videotape and stenographic means.

The deposition shall continue from day to day until completed. You are invited to attend and cross-examine.

/s/ Thomas J. Allingham II
Thomas J. Allingham II (#476)
tallingh@probonolaw.com
Alyssa M. Schwartz (#4351)
amschwar@probonolaw.com
Ellen B. Sturm (#5070)
esturm@probonolaw.com
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

*Attorneys for Plaintiff Delaware Art Museum, Inc.*

Dated: March 15, 2008