IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE ART MUSEUM, INC., a Delaware corporation, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 06-481 (GMS) |
| | : | |
| v. | : | |
| | : | |
| ANN BEHA ARCHITECTS, INC., f/k/a ANN BEHA ASSOCIATES, INC., a Massachusetts corporation, and OVE ARUP & PARTNERS MASSACHUSETTS, INC., a Massachusetts corporation, | : | |
| | : | |
| Defendants, | : | No. 06-481-GMS |
| | : | |
| v. | : | |
| | : | |
| SKANSKA USA BUILDING INC., a Delaware corporation, as Successor to Barclay White Skanska, Inc., | : | |
| | : | |
| Third-Party Defendant. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1), Fed. R. Civ. P., Delaware Art Museum, Inc., Skanska USA Building Inc., Ann Beha Architects, Inc., and Ove Arup & Partners Massachusetts Inc. hereby file this Stipulation of Dismissal With Prejudice, voluntarily dismissing with prejudice the above-captioned action, including all claims, counterclaims, and third party claims, with each party to bear its own costs.

DELAWARE ART MUSEUM, INC.

By: _____
    Thomas J. Allingham II (I.D. 476)
    SKADDEN, ARPS, SLATE,
      MEAGHER & FLOM LLP
    One Rodney Square
    Wilmington, Delaware 19899-0636
    Telephone: (302) 651-3000
    *Counsel for Delaware Art Museum, Inc.*

**SKANSKA USA BUILDING INC.**

By: _____
    Robert K. Beste, Jr. (I.D. 154)
    COHEN, SEGLIAS, PALLAS,
    GREENHALL & FURMAN P.C.
    Nemours Building, Suite 1130
    1007 North Orange Street
    Wilmington, DE 19801
    Telephone: (302) 425-5089
    *Counsel for Skanska USA Building Inc.*

**ANN BEHA ARCHITECTS, INC.**

By: _____
    Paul Cottrell (I.D. 2391)
    TIGHE & COTTRELL, P.A.
    704 North King Street, Suite 500
    Wilmington, Delaware 19899
    Telephone: (302) 658-6400
    *Counsel for Ann Beha Architects, Inc.*

**OVE ARUP & PARTNERS MASSACHUSETTS INC.**

By: _____
    James F. Bailey, Jr. (I.D. 336)
    BAILEY & ASSOCIATES, P.A.
    3 Mill Road, Suite 306A
    Wilmington, DE 19806
    Telephone: (302) 658-5686
      *Counsel for Ove Arup & Partners*
      *Massachusetts Inc.*

Dated: April 8, 2008

DELAWARE ART MUSEUM, INC.

By:_____
Thomas J. Allingham II (I.D. 476)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
*Counsel for Delaware Art Museum, Inc.*

SKANSKA USA BUILDING INC.

By: _/s/ Robert K. Beste, Jr._____
Robert K. Beste, Jr. (I.D. 154)
COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN P.C.
Nemours Building, Suite 1130
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 425-5089
*Counsel for Skanska USA Building Inc.*

ANN BEHA ARCHITECTS, INC.

By: _____
Paul Cottrell (I.D. 2391)
TIGHE & COTTRELL, P.A.
704 North King Street, Suite 500
Wilmington, Delaware 19899
Telephone: (302) 658-6400
*Counsel for Ann Beha Architects, Inc.*

OVE ARUP & PARTNERS MASSACHUSETTS INC.

By:_____
James F. Bailey, Jr. (I.D. 336)
BAILEY & ASSOCIATES, P.A.
3 Mill Road, Suite 306A
Wilmington, DE 19806
Telephone: (302) 658-5686
*Counsel for Ove Arup & Partners
Massachusetts Inc.*

Dated: April 9, 2008

**DELAWARE ART MUSEUM, INC.**

By:_____
    Thomas J. Allingham II (I.D. 476)
    SKADDEN, ARPS, SLATE,
      MEAGHER & FLOM LLP
    One Rodney Square
    Wilmington, Delaware 19899-0636
    Telephone: (302) 651-3000
    *Counsel for Delaware Art Museum, Inc.*

**SKANSKA USA BUILDING INC.**

By:   _____
    Robert K. Beste, Jr. (I.D. 154)
    COHEN, SEGLIAS, PALLAS,
    GREENHALL & FURMAN P.C.
    Nemours Building, Suite 1130
    1007 North Orange Street
    Wilmington, DE 19801
    Telephone: (302) 425-5089
    *Counsel for Skanska USA Building Inc.*

**ANN BEHA ARCHITECTS, INC.**

By:   /s/ Paul Cottrell
    Paul Cottrell (I.D. 2391)
    TIGHE & COTTRELL, P.A.
    704 North King Street, Suite 500
    Wilmington, Delaware 19899
    Telephone: (302) 658-6400
    *Counsel for Ann Beha Architects, Inc.*

**OVE ARUP & PARTNERS MASSACHUSETTS INC.**

By:_____
    James F. Bailey, Jr. (I.D. 336)
    BAILEY & ASSOCIATES, P.A.
    3 Mill Road, Suite 306A
    Wilmington, DE 19806
    Telephone: (302) 658-5686
      *Counsel for Ove Arup & Partners*
      *Massachusetts Inc.*

Dated: April ___, 2008

DELAWARE ART MUSEUM, INC.

By: _____
    Thomas J. Allingham II (I.D. 476)
    SKADDEN, ARPS, SLATE,
      MEAGHER & FLOM LLP
    One Rodney Square
    Wilmington, Delaware 19899-0636
    Telephone: (302) 651-3000
    *Counsel for Delaware Art Museum, Inc.*

SKANSKA USA BUILDING INC.

By: _____
    Robert K. Beste, Jr. (I.D. 154)
    COHEN, SEGLIAS, PALLAS,
    GREENHALL & FURMAN P.C.
    Nemours Building, Suite 1130
    1007 North Orange Street
    Wilmington, DE 19801
    Telephone: (302) 425-5089
    *Counsel for Skanska USA Building Inc.*

ANN BEHA ARCHITECTS, INC.

By: _____
    Paul Cottrell (I.D. 2391)
    TIGHE & COTTRELL, P.A.
    704 North King Street, Suite 500
    Wilmington, Delaware 19899
    Telephone: (302) 658-6400
    *Counsel for Ann Beha Architects, Inc.*

OVE ARUP & PARTNERS MASSACHUSETTS INC.

By: *James F. Bailey* (signature)
    James F. Bailey, Jr. (I.D. 336)
    BAILEY & ASSOCIATES, P.A.
    3 Mill Road, Suite 306A
    Wilmington, DE 19806
    Telephone: (302) 658-5686
    *Counsel for Ove Arup & Partners Massachusetts Inc.*

Dated: April 8, 2008